UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 16, 2020
```

---------------------------------------X

OKLAHOMA POLICE PENSION FUND AND       :
RETIREMENT SYSTEM, et al.,             :
                                       :
                 Plaintiffs,           :
                                       :  19 Civ. 3354 (VM)
     - against -                       :
                                       :       **ORDER**
TELIGENT, INC., et al.,                :
                                       :
                 Defendants.           :
---------------------------------------X

**VICTOR MARRERO, United States District Judge.**

The Court will hold a conference in this matter to discuss the parties' recent submissions and the status of the case. The parties have advised the Court that they are available on Friday, June 19, 2020, at 2:30 p.m. Accordingly, and in light of the ongoing public health emergency, the conference will take place by telephone on Friday, June 19, 2020, at 2:30 p.m. The parties are directed to use the following dial-in: 1-888-363-4749 (international callers dial 1-215-446-3662); access code: 8392198.


**SO ORDERED.**

Dated:     New York, New York
           16 June 2020


                              _____
                                     Victor Marrero
                                       U.S.D.J.