**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>TELIGENT, INC. and JASON GRENFELL-GARDNER,<br><br>          Defendants. | Civil Action No. 1:19-cv-03354-VM |

**DECLARATION OF MAX R. SCHWARTZ IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Max R. Schwartz, pursuant to 28 U.S.C. §1746, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of New York and this Court.  I am a partner of the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Lead Plaintiff Oklahoma Police Pension Fund and Retirement System ("Plaintiff") in the above-captioned action.  I make this declaration in support of Plaintiff's motion for class certification.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Expert Report of Chad Coffman, CFA;

Exhibit B:    Scott+Scott's Firm Résumé; and

Exhibit C:    Declaration of Ginger Sigler in Support of Plaintiff's Motion for Class Certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 30th day of September, 2020.

          /s/ Max R. Schwartz
          MAX R. SCHWARTZ