# EXHIBIT B

Scott**+**Scott Attorneys at Law LLP
# Firm Profile



New York **+** London **+** Amsterdam **+** California **+** Connecticut **+** Ohio

### scott-scott.com



# MISSION STATEMENT

Founded in 1975, Scott+Scott Attorneys at Law LLP is an internationally recognized law firm with offices located in New York, London, Amsterdam, California, Connecticut, and Ohio. The Firm represents public pension funds, Taft-Hartley funds, Fortune 500 companies, and individuals victimized by securities fraud, anticompetitive conduct, and corporate wrong-doing. The Firm has successfully prosecuted diverse, complex cases and recovered billions of dollars on behalf of its clients — promoting corporate social responsibility while achieving precedent-setting reforms in corporate governance.





# SPECIALTIES

## ✚ ANTITRUST

Scott+Scott Attorneys at Law LLP represents investors, businesses, and consumers in price-fixing, bid-rigging, monopolization, and other restraints of trade cases on both a class-wide and individual basis. The firm's work for its clients helps ensure that markets remain free, open, and competitive.

Scott+Scott has been recognized by the American Antitrust Institute in receiving an Outstanding Antitrust Litigation Achievement in Private Law Practice award in 2018 and an honorable mention in 2014. The firm's success is reflected in the money recovered for its clients. *The 2018 Antitrust Annual Report: Class Action Filings in Federal Court* co-authored by the University of San Francisco School of Law and The Huntington National Bank found that from 2013 to 2018, Scott+Scott ranked second nationally in total value of settlements for antitrust class actions, recovering over $3.4 billion. Scott+Scott's dedicated team of antitrust partners have built one of the nation's top plaintiffs' firms for antitrust actions. Furthermore, Scott+Scott's opening of offices in Europe reflects its commitment and ability to pursue its clients' claims on a global basis. Scott+Scott stands ready to take on its clients' complex legal problems and prevail.

**Representative actions in which Scott+Scott currently serves as a lead counsel include:**

- *In re: Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y.) (challenging price-fixing of foreign exchange rates (over $2.3 billion in final-approved settlements)); **The largest antitrust settlement of 2018 according to the American Antitrust Institute;**

- *In re Disposable Contact Lens Antitrust Litig.*, No. 3:15-md-2626 (M.D. Fla.) (class action alleging illegal anticompetitive policies to eliminate discount pricing by the major manufacturers and distributors of disposable contact lenses);

- *In re European Government Bonds Antitrust Litig.*, No. 1:19-cv-2601 (S.D.N.Y) (challenging manipulation in the market for European Government Bonds); and

- *In re GSE Bonds Antitrust Litig.*, No. 1:19-cv-01704 (S.D.N.Y.) (challenging manipulation in the market for bonds issued by Government-Sponsored Entities, *e.g.*, Freddie Mac and Fannie Mae);

- *In re ICE LIBOR Antitrust Litig.*, No. 1:19-cv-02002 (S.D.N.Y.) (class action alleging anticompetitive conduct in the setting of the ICE LIBOR benchmark rate);

- *Deslandes v. McDonalds USA, LLC*, No. 1:17-cv-04857 (N.D. Ill.) (class action challenging no-hire agreement among McDonald's franchisees);

- *Butler v. Jimmy John's Franchise, LLC*, No. 3:18-cv-00133 (S.D. Ill.) (class action challenging no-hire agreement among Jimmy John's franchisees); and

- *Blanton v. Domino's Pizza Franchising LLC*, No. 2:18-cv-13207 (E.D. Mich.) (class action challenging no-hire agreement among Domino's franchisees).



**SCOTT + SCOTT** | ATTORNEYS AT LAW LLP

**Representative cases in which Scott+Scott has previously served as court-appointed co-lead counsel include:**

- *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.) (challenging bid rigging and market allocation of leveraged buyouts by private equity firms ($590.5 million in settlements));

- *Alaska Electrical Pension Fund v. Bank of America Corp.*, No. 14-cv-7126 (S.D.N.Y.) (challenging price-fixing of the ISDAfix benchmark interest rate ($504.5 million in settlements)) **The 3rd largest antitrust settlement of 2018 according to the American Antitrust Institute**;

- *In re Korean Air Lines Co., Ltd. Antitrust Litig.*, MDL No. 1891, No. CV 07-06542 (C.D. Cal.) (challenging price-fixing/illegal surcharge of ticket prices ($86 million in cash and travel voucher settlements)); and

- *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Limited Co.*, No. 12-cv-03824 (E.D. Pa.) (challenging monopolization in the sale of name-brand pharmaceutical on behalf of indirect purchaser class ($8 million settlement)).

**When not serving as lead counsel, Scott+Scott has aided in the recovery for class members by serving on the executive leadership committees in numerous other class action cases, including:**

- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, No. 1:05-md-1720 (E.D.N.Y.) (challenging price-fixing in the payment cards industry ($6.24 billion settlement preliminarily approved));

- *Kleen Products LLC v. Int'l Paper Co.*, No. 1:10-cv-05711 (N.D. Ill.) (challenging price-fixing of containerboard products (over $376 million in settlements));

- *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-2420-YGR (N.D. Cal.) (challenging price-fixing of lithium-ion batteries on behalf of indirect purchaser class (over $113 million in settlements)); and

- *In re Mexican Government Bonds Antitrust Litig.*, 18-cv-02830 (S.D.N.Y.) (an antitrust class action by eight institutional investors prosecuting 10 global financial institutions for colluding to fix the prices of debt securities issued by the Mexican Government between 2006 and 2017).

**When not serving as lead counsel, Scott+Scott has served on the executive leadership committees in numerous class action cases, including:**

- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, No. 1:05-md-1720 (E.D.N.Y.) (challenging price-fixing in the payment cards industry (p to $6.24 billion settlement preliminarily approved);

- *Kleen Products LLC v. Int'l Paper Co.*, No. 1:10-cv-05711 (N.D. Ill.) (challenging price-fixing of containerboard products ($376,400,000 settlement);

- *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-2420-YGR (N.D. Cal.) (challenging price-fixing of lithium-ion batteries); and

- *In re Mexican Government Bonds Antitrust Litig.*, 18-cv-02830 (S.D.N.Y.) (an antitrust class action by eight institutional investors prosecuting 10 global financial institutions for colluding to fix the prices of debt securities issued by the Mexican Government between 2006 and 2017).

**Scott+Scott's class action antitrust experience includes serving as co-trial counsel in:**

- *In re Scrap Metal Antitrust Litig.*, 02-cv-0844 (N.D. Ohio), where it helped obtain a $34.5 million jury verdict, which was subsequently affirmed by the United States Court of Appeals for the Sixth Circuit (see *In re Scrap Metal Antitrust Litig.*, 527 F.3d 517, 524 (6th Cir. 2008); and

- *Ross v. Bank of America N.A.*, No. 05-cv-7116, MDL No. 1409 (S.D.N.Y.), and *Ross v. American Express Co.*, No. 04-cv-5723, MDL No. 1409 (S.D.N.Y.) (bench trial involving agreement among payment cards to impose arbitration terms on cardholders).



In addition to its class action work, Scott+Scott also represents clients in opt-out antitrust litigation. The firm's success in class actions allows it to provide its opt-out clients unique and valuable insights.

**Representative clients include Parker Hannifin Corporation, PolyOne Corporation, Eastman Kodak Company, and Fujifilm Manufacturing U.S.A., Inc., in the following matters:**

- *In re: Aluminum Warehousing Antitrust Litig.*, MDL No. 2481 (S.D.N.Y.);

- *In re Rubber Chemicals Antitrust Litig.*, MDL No. 1648 (N.D. Cal.);

- *In re Polychloroprene Rubber (CR) Antitrust Litig.*, MDL No. 1642 (D. Conn.); and

- *In re Plastic Additives Antitrust Litigation (No. II)*, MDL No. 1684 (E.D. Pa.).

# **+ CONSUMER RIGHTS**

Scott+Scott and its attorneys have a proven track record of obtaining significant recoveries for consumers in class action cases. Scott+Scott is one of the premier advocates in the area of consumer protection law and has been appointed to a number of prominent leadership positions.

**Cases where Scott+Scott has played a leading role in the area of consumer protection litigation include:**

- *In re Providian Financial Corp. Credit Card Terms Litig.*, MDL No. 1301 (E.D. Pa.) ($105 million settlement was achieved on behalf of a class of credit card holders who were charged excessive interest and late charges on their credit cards);

- *In re Prudential Ins. Co. SGLI/VGLI Contract Litig.*, MDL No. 2208 (D. Mass.) ($40 million settlement was achieved on behalf of a class of military service members and their families who had purchased insurance contracts);

- *In re Target Corp. Customer Data Security Breach Litig.*, MDL No. 2522 (D. Minn.) ($59 million settlement achieved on behalf of financial institutions involving data breach of personal and financial information of approximately 40 million credit and debit card holders);

- *Greater Chautauqua Federal Credit Union v. Kmart Corp*., No. 15-cv-02228 (N.D. Ill.) ($18 million monetary and injunctive relief settlement on behalf of financial institutions involving data breach of credit and debit card information);

- *Winsouth Credit Union v. Mapco Express Inc.*, No. 3:14-cv-1573 (M.D. Tenn.) (largest dollar-per-card settlement obtained on behalf of financial institutions involving data breach of credit and debit card information);

- *Gunther v. Capital One, N.A.*, No. 09-2966 (E.D.N.Y.) (a net settlement resulting in class members receiving 100% of their damages was obtained);

- *In re Pre-Filled Propane Tank Marketing and Sales Practices Litig.*, MDL No. 2086 (W.D. Mo.) ($37 million settlement obtained on behalf of class of propane purchasers who alleged defendants overcharged the class for under-filled propane tanks);

- *Murr v. Capital One Bank (USA), N.A.*, No. 1:13-cv-1091 (E.D. Va.) ($7.3 million settlement on behalf of class of consumers who were misled into accepting purportedly 0% interest offers); and

- *Howerton v. Cargill, Inc.*, No. 13-cv-00336 (D. Haw.) ($6.1 settlement obtained on behalf of a class of consumers who purchased Truvia, purported to be deceptively marketed as "all-natural").



# SCOTT + SCOTT

# ATTORNEYS AT LAW LLP

Moreover, Scott+Scott is currently serving in a leadership capacity in a number of class action consumer protection cases, including:

• *In re Equifax, Inc. Customer Data Security Breach Litig.*, MDL No. 2800 (N.D. Ga.) (co-lead counsel on behalf of financial institutions that have been injured because their customers' personal information was compromised when Equifax's systems were breached);

• *In re The Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 2583 (N.D. Ga.) (co-lead counsel, $27.25 million settlement on behalf of financial institutions involving data breach and the theft of the personal and financial information of over 40 million credit and debit card holders);

• *First Choice Federal Credit Union v. The Wendy's Co.*, No. 2:16-cv-00506 (W.D. Pa.) (co-lead counsel, pre-liminary approval of $50 million settlement on behalf of financial institutions involving data breach of personal and financial information of millions of credit and debit card holders);

• *Negron v. Cigna Corp.*, No. 3:16-cv-1702 (D. Conn.) (Chair of Executive Committee, claims on behalf of plan participants involving overcharge of copayments for prescription drugs); and

• *Midwest America Federal Credit Union v. Arby's Restaurant Group, Inc.*, No. 1:17-cv-00514 (N.D. Ga.) (member of Executive Committee, claims on behalf of financial institutions involving data breach of credit and debit card information).

# + SECURITIES AND CORPORATE GOVERNANCE

Scott+Scott represents individuals and institutional investors that have suffered from stock fraud and corporate malfeasance. Scott+Scott's philosophy is simple – directors and officers should be truthful in their dealings with the public markets and honor their duties to their shareholders. The Firm has successfully prosecuted numerous class actions under the federal securities laws, resulting in the recovery of hundreds of millions of dollars for shareholders.

Representative cases prosecuted by Scott+Scott under the federal securities laws include:

• *In re Priceline.com, Inc. Sec. Litig.*, No. 3:00-cv-01884 (D. Conn. July 19, 2007) ($80 million settlement);

• *Irvine v. ImClone Sys., Inc.*, No. 1:02-cv-00109 (S.D.N.Y. July 29, 2005) ($75 million settlement);

• *Cornwell v. Credit Suisse Grp.*, No. 1:08-cv-03758 (S.D.N.Y. July 20, 2011) ($70 million settlement);

• *Policemen's Annuity & Benefit Fund of the City of Chi. v. Bank of Am.*, NA, No. 1:12-cv-02865 (S.D.N.Y. Nov. 10, 2014) ($69 million settlement);

• *Weston v. RCS Capital Corp.*, No. 1:14-cv-10136 (S.D.N.Y. Dec. 29, 2014) ($31 million settlement);

• *Schnall v. Annuity & Life Re (Holdings) Ltd.*, No. 3:02-cv-02133 (D. Conn. June 13, 2008) ($26.5 million settlement);

• *In re: Wash. Mut. Mortg.-Backed Sec. Litig.*, No. 2:09-cv-00037 (W.D. Wash. Jan. 7, 2014) ($26 million settlement);

• *In re Conn's, Inc. Sec. Litig.*, No. 4:14-cv-00548 (S.D. Tex.) ($22.5 million settlement);

• *In re King Digital, Entm't plc S'holder Litig.*, No. CGC-15-544770 (Cal. Super. Ct., S.F. Cty. Nov. 8, 2016) ($18.5 million settlement);



SCOTT + SCOTT | ATTORNEYS AT LAW LLP

- *Arkansas Teacher Ret. Sys. v. Insulet Corp.*, No. 1:15-cv-12345 (D. Mass. Apr. 6, 2018) ($19.5 million settlement);

- *Birmingham Ret. & Relief Sys. v. S.A.C. Capital Advisors LLC*, No. 1:12-cv-09350 (S.D.N.Y. June 17, 2013) ($10 million settlement);

- *Hamel v. GT Solar Int'l, Inc.*, No. 217-2010-CV-05004 (N.H. Super. Ct., Merrimack Cty. May 10, 2011) ($10.25 million settlement); and

- *St. Lucie Cty. Fire Dist. Firefighter's Pension Tr. Fund v. Oilsands Quest Inc*., No. 1:11-cv-01288 (S.D.N.Y. Dec. 6, 2013) ($10.23 million settlement).

Since its inception, Scott+Scott's securities and corporate governance litigation department has developed and maintained a reputation of excellence and integrity recognized by state and federal courts across the country.

*N.Y.U. v. Ariel Fund Ltd.*, No. 603803/08, slip. op. at 9-10 (N.Y. Sup. Ct. Feb. 22, 2010):
"It is this Court's position that Scott+Scott did a superlative job in its representation, which substantially benefited Ariel...For the record, it should be noted that Scott+Scott has demonstrated a remarkable grasp and handling of the extraordinarily complex matters in this case. . . . They have possessed a knowledge of the issues presented and this knowledge has always been used to the benefit of all investors."

*In re Priceline.com, Inc. Sec. Litig.*, No. 3:00-CV-01884(AVC), 2007 WL 2115592, at *5 (D. Conn. July 20, 2007): "The quality of representation here is demonstrated, in part, by the result achieved for the class. Further, it has been this court's experience, throughout the ongoing litigation of this matter, that counsel have conducted themselves with the utmost professionalism and respect for the court and the judicial process."

In addition to prosecuting federal securities class actions, Scott+Scott has a proven track record of handling corporate governance matters through its extensive experience litigating shareholder derivative actions.

**Scott+Scott has been singularly successful in its shareholder derivative appellate practice, and as a result, has been instrumental in fashioning the standards in this area of law. Examples of this include:**

- *W.moreland Cty. Emp. Ret. Sys. v. Parkinson*, No. 12-3342 (7th Cir. Aug. 16, 2013): the Seventh Circuit clarified the parameters of demand futility in those instances where a majority of directors of a corporation are alleged to have breached the fiduciary duty of loyalty by consciously disregarding positive law;

- *Cottrell v. Duke*, No. 12-3871 (8th Cir. Dec. 28, 2013): the Eighth Circuit, in a case of first impression, clarified that the Colorado River stay is virtually never appropriate where there are exclusive federal claims; and

- *King v. Verifone Holdings, Inc.*, No. 330, 2010 (Del. Jan. 28, 2011): the Supreme Court of Delaware has clarified the availability of the Delaware Corporate Code §220 "books and records" demands to a shareholder whose original plenary action was dismissed without prejudice in a federal district court.

**Representative shareholder derivative actions prosecuted by Scott+Scott include:**

- *In re DaVita Healthcare Partners Derivative Litig.*, No. 1:12-cv-02074 (D. Colo. Jan. 8, 2015) (corporate governance reforms valued at $100 million);

- *Buffalo Grove Police Pension Fund v. Diefenderfer*, No. 2:19-cv-00062 (E.D. Pa. Jan. 23, 2019) (settlement of derivative claims against Navient Corporation and its officers and directors providing for corporate governance reforms valued at $139 million);



# ATTORNEYS AT LAW LLP

- *Tharp v. Acacia Commc'ns, Inc*., No 1:17-cv-11504 (D. Mass. Sept. 17, 2018) (settlement of derivative claims against Acacia Communications, Inc. and its officers and directors providing for corporate governance reforms valued at $57 million to $71 million);

- *N. Miami Beach Gen. Emps. Ret. Fund v. Parkinson*, No. 1:10-cv-06514 (N.D. Ill. Nov. 26, 2014) (corporate governance reforms valued between $50 million and $60 million);

- *In re: Marvell Tech. Grp. Ltd. Derivative Litig.*, No. 5:06-cv-03894 (RS) (N.D. Cal. May 21, 2009) ($54.9 million settlement and corporate governance reforms);

- *In re Qwest Commc'ns Int'l, Inc.*, No. 1:01-cv-01451 (D. Colo. June 15, 2004) ($25 million settlement and corporate governance reforms);

- *Plymouth Cty. Contributory Ret. Fund v. Hassan*, No. 2:08-cv-01022 (D.N.J. Jan. 10, 2012) (settlement of derivative claims against Merck Schering Plough and its officers and directors providing for corporate governance reforms valued between $50 million and $75 million);

- *Carfagno v. Schnitzer*, No. 1:08-cv-00912 (S.D.N.Y. May 18, 2009) (modification of terms of preferred securities issued to insiders valued at $8 million); and

- *Garcia v. Carrion*, No. 3:09-cv-01507 (D.P.R. July 8, 2011) (settlement of derivative claims against Popular, Inc. and its officers and directors providing for corporate governance reforms valued between $10.05 million and $15.49 million).

# **+** CIVIL RIGHTS LITIGATION

**Scott+Scott has also successfully litigated cases to enforce its clients' civil rights.**

*In The Vulcan Society, Inc. v. The City of New York,* No. 07-cv-2067 (E.D.N.Y.), Scott+Scott was part of a team of lawyers representing a class of black applicants who were denied or delayed employment as New York City firefighters due to decades of racial discriminatory conduct. The district court certified the class in a post-*Walmart v. Dukes* decision, granted summary judgment against the City on both intentional discrimination and disparate impact claims, and after trial ordered broad injunctive relief, including a new examination, revision of the application procedure, and continued monitoring by a court-appointed monitor for at least 10 years. The back pay and compensatory damage award will be determined in a subsequent ruling.

*In Hohider v. United Parcel Services, Inc.*, No. 2:04-cv-00363 (W.D. Penn.), Scott+Scott obtained significant structural changes to UPS's Americans with Disabilities Act compliance policies and monetary awards for some individual employees in settlement of a ground-breaking case seeking nationwide class certification of UPS employees who were barred from reemployment after suffering injuries on the job.



**ATTORNEY BACKGROUND/ EXPERIENCE**

In alphabetical order:

# CAREY ALEXANDER

## PRACTICE EMPHASIS

Carey Alexander prosecutes complex consumer class actions with a focus on deceptive pricing and data breach litigation.

## ADMISSIONS

**State of New York: United States Court of Appeals:** Ninth Circuit; **United States District Court:** Southern, Eastern and Western Districts of New York, Districts of Connecticut, Colorado, Eastern District of Wisconsin and Northern District of Illinois

## EDUCATION

**St. John's University School of Law** (J.D., magna cum laude, 2012); **Skidmore College** (B.A., 2004)

## HIGHLIGHTS

Mr. Alexander is an associate in the firm's New York office and has worked closely with the leadership teams steering numerous class actions, including:

*In re Equifax, Inc., Customer Data Security Breach Litig.*, No. 1:17-md-2800 (N.D. Ga.) (member of the Plaintiffs' Coordination and Discovery Committee); *First Choice Federal Credit Union v. The Wendy's Co.*, No. 2:16-cv-506 (W.D. Pa.) (settlement valued at $50 million); and *Morrow v. Ann Inc.*, No. 1:16-cv-3340 (S.D.N.Y.) (settlement valued at $7.1 million).

During law school, Mr. Alexander served as Associate Managing Editor of the *St. John's Law Review*. Mr. Alexander's student note, Abusive: Dodd–Frank Section 1031 and the Continuing Struggle to Protect Consumers, 85 ST. JOHN'S L. REV. 1105 (2012), has been cited in judicial opinions and several legal journals, including the *Harvard Law Review*.

Before joining the bar, Mr. Alexander served as an editor of the widely acclaimed consumer-advocacy blog *The Consumerist*. He also served as a policy advisor to the Bronx Borough President and worked as part of the National Campaign to Restore Civil Rights.



**ATTORNEY BACKGROUND/ EXPERIENCE**

# KRISTEN M. ANDERSON

## PRACTICE EMPHASIS

Kristen M. Anderson's practice focuses on class action litigation with an emphasis on antitrust cases within the financial services industry.

## ADMISSIONS

States of California and New York; the District of Columbia; United States Court of Appeals: Second Circuit

## EDUCATION

**University of California, Hastings College of the Law** (J.D., 2006);
**St. Louis University** (B.A., Philosophy, summa cum laude, 2003)

---

## HIGHLIGHTS

Ms. Anderson is a partner in the firm's New York office and is recognized as a Rising Star in the 2014-19 editions of Super Lawyers.

Currently, Ms. Anderson represents plaintiff-investors in *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y.) ($2.3 billion settlement) and *Axiom Investment Advisors, LLC, by and through its Trustees, Gildor Management LLC v. Barclays Bank PLC*, No. 15-cv-9323 (S.D.N.Y.) ($50 million settlement), cases alleging misconduct in the foreign exchange market by global financial institutions. She also represented pension funds and individual investors in *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.) ($590.5 million settlement), an antitrust action alleging collusion in the buyouts of large publicly traded companies by private equity firms. In addition, she served on the trial team representing certified classes of cardholders in antitrust cases challenging class action-banning arbitration clauses in credit card agreements as restraints of trade in *Ross v. Bank of America N.A*., No. 05-cv-7116, MDL No. 1409 (S.D.N.Y.) and *Ross v. American Express Co.*, No. 04-cv-5723, MDL No. 1409 (S.D.N.Y). Ms. Anderson also has an active pro bono immigration practice.

Ms. Anderson is an active member of the American Bar Association's Antitrust Section. She served as Vice Chair of the Antitrust Section's Trial Practice Committee and was an editor of the Committee's newsletter, *Trying Antitrust*. She also served as a Vice Chair of the Antitrust Section's Books & Treatises Committee. She has been a contributing author to the Antitrust Section's Proof of Conspiracy Under Federal Antitrust Laws (3d. ed.), Antitrust Discovery Handbook (2d ed.), Joint Venture Handbook (2d ed.), and the 2010 Annual Review of Antitrust Law Developments.

In addition, Ms. Anderson served as an editor for Model Jury Instructions in Civil Antitrust Cases (2016 ed.). Ms. Anderson was a co-author of an article appearing in the Fall 2014 edition of Competition: Journal of the Antitrust and Unfair Competition Section of the State Bar of California, titled *The Misapplication of Associated General Contractors to Cartwright Act Claims*, 23 COMPETITION: J. ANTI. & UNFAIR COMP. L. SEC. ST. B. CAL. 120 (2014). Ms. Anderson is also a frequent speaker on women in the law and antitrust topics through the American Bar Association and other organizations.

During law school, Ms. Anderson served as an extern at the U.S. Department of Justice, Antitrust Division, in San Francisco and as an extern to Justice Kathryn Mickle Werdegar of the Supreme Court of California. She was also a research assistant to Professor James R. McCall in the areas of antitrust and comparative antitrust law.

 **ATTORNEY BACKGROUND/ EXPERIENCE**

# PETER A. BARILE III

## PRACTICE EMPHASIS

Peter A. Barile III litigates high-stakes, complex antitrust and commodities litigation.

## ADMISSIONS

**States of New York and Connecticut**; **District of Columbia**; **Supreme Court of the United States**; **United States Court of Appeals:** Second, Fourth, Sixth, Seventh, Ninth, Federal, and D.C. Circuits; **United States District Court:** Southern and Eastern Districts of New York, District of Columbia, District of Connecticut, Northern District of Illinois, and District of Columbia

## EDUCATION

**University of Connecticut School of Law** (J.D., magna cum laude, 1999); **University of Connecticut**, (BA)

## HIGHLIGHTS

Mr. Barile is a partner in Scott+Scott's competition practice. He has twenty years of experience litigating complex antitrust and commodities cases, having representing clients on both sides of the docket in a variety of industries and contexts, from consumers and investors to institutions and corporations, whether as individual plaintiffs, class plaintiffs, opt-outs, targets of government investigations, or defendants. Prior to joining the firm, he practiced both in New York and in Washington D.C. with major law firms renowned for their historically leading antitrust practices.

Mr. Barile devotes a substantial amount of his practice to federal antitrust and commodity class action litigation involving the financial services industry in the Southern District of New York. Among other matters, he currently plays a leading role representing class plaintiffs in *In re ICE LIBOR Antitrust Litigation*, 1:19-cv-02002 (S.D.N.Y.). He is or has been involved in a leadership role or otherwise representing investor rights in major cases involving financial benchmarks and commodities, including: *In re Aluminum Warehousing Antitrust Litigation*, 1:13-md-02481 (S.D.N.Y.); *In re Term Commodities Cotton Futures Litigation*, 1:12-cv-05126 (S.D.N.Y.); *In re Foreign Currency Exchange Benchmark Rates Antitrust Litigation*, 1:13-cv-07789 (S.D.N.Y.); *In re Crude Oil Commodity Futures Litigation*, 1:11-cv-03600 (S.D.N.Y.); *In re London Silver Fixing Antitrust Litigation*, 1:14-md-02573 (S.D.N.Y.); and *In re Zinc Antitrust Litigation*, 1:14-cv-03728 (S.D.N.Y.).

He recently played a very significant role in the ISDAfix antitrust litigation (*Alaska Electrical Pension Fund, et al. v. Bank of America Corporation, et al*., 1:14-cv-07126 (S.D.N.Y.)), in which the firm achieved more than $500 million in settlements for investors, and for which the firm was awarded the 2018 Outstanding Antitrust Litigation Achievement in Private Law Practice by the American Antitrust Institute.

In addition, Mr. Barile has held leadership roles on behalf of plaintiff classes in a number of high tech antitrust matters, including: *In re Online DVD Antitrust Litigation*, 1:09-md-2029 (N.D. Cal.); *In re High Tech Employees Antitrust Litigation*, 5:11-cv-02509 (N.D. Cal.), as well as in agricultural-related antitrust litigation, including his representation of classes of dairy farmers as lead counsel in *In re Southeastern Milk Antitrust Litigation*, 2:08-md-01000 (E.D. Tenn.).

Mr. Barile also has considerable appellate experience. or instance, he has helped nonprofit advocacy groups be heard in matters of national importance as Friends of the Court in major cases before the United States Supreme Court. His work has included *Leegin Creative Leather Products, Inc. v. PSKS, Inc.*, 551 U.S. 877 (2007), in which he served as lead counsel for amicus curiae Consumer Federation of America in a landmark antitrust case on resale price fixing, and *Giles v. State of California*, 554 U.S. 353 (2008), in which he served as lead counsel for amicus curiae Battered Women's Justice Project, in a case concerning the scope of the Confrontation Clause of the United States Constitution.



# ATTORNEY BACKGROUND/ EXPERIENCE

Mr. Barile is active in the antitrust bar, having held a number of leadership posts in the ABA and other organizations. Currently, Mr. Barile is Secretary and a member of the Executive Committee of the Antitrust a d Trade Regulation Section of the Connecticut Bar Association and serves on the U.S. Advisory Board of the Loyola Institute for Antitrust Studies.

Mr. Barile has published numerous articles and served as a panelist or speaker on antitrust and related issues. His work has been cited by the Federal Trade Commission and the Antitrust Modernization Commission, as well as by leading academics and practitioners.



# ATTORNEY BACKGROUND/ EXPERIENCE

# JUSTIN W. BATTEN

## PRACTICE EMPHASIS

Mr. Batten's practice focuses primarily on antitrust litigation and other aspects of competition law.

## ADMISSIONS

State of New York

## EDUCATION

## HIGHLIGHTS

Mr. Batten is an associate in the firm's New York office. Prior to joining Scott+Scott, Mr. Batten served as an Assistant Attorney General in the New York Attorney General's Antitrust Bureau.

Mr. Batten is an active member of the New York State Bar Association's Antitrust Section. He serves as the Young Lawyer Liaison to the Antitrust Section's Executive Committee, and is a member of the Donnelly Act Revision Committee. While at NYU, Mr. Batten served as an intern with the Georgia Attorney General's Office and Texas RioGrande Legal Aid, assisted clients in a clinic with employment law matters, and was a Teaching Assistant to Professor Mark Geistfeld for a first-year torts course. Mr. Batten also served as an articles editor for NYU's *Journal of Law & Liberty.*


**SCOTT + SCOTT** | ATTORNEY BACKGROUND/ EXPERIENCE

# DAMIËN F. BERKHOUT

## PRACTICE EMPHASIS

Damiën F. Berkhout is a dispute resolution specialist whose focus is on complex commercial disputes - in particular antitrust and collective action claims - and corporate litigation disputes (including complex (corporate) employment matters).

## ADMISSIONS

The Netherlands

## EDUCATION

**Columbia Law School** (LL.M, Harlan Fiske Stone scholar, 2007); **University of Amsterdam** (doctoral, cum laude, 2006)

## HIGHLIGHTS

Mr. Berkhout is a partner in the firm's Amsterdam office. He has extensive experience in successfully coordinating and resolving cross-border litigation. Damiën acts as counsel for a broad spectrum of clients: institutional investors, companies, as well as (former) supervisory and management board members. He regularly publishes peer-reviewed articles on various topics, such as corporate, European, employment and procedural law.

His representative cases include:

- A major air-cargo company in the air-cargo follow-on civil damages cases in the Netherlands.

- The Supervisory Board of Akzo Nobel N.V. in the successful defense against a request for inquiry into the company affairs at the Enterprise Chamber of the Amsterdam court of appeal.

- Mylan N.V. during the successful takeover defense against Teva's hostile bid for the company.

- ASR in inquiry proceedings involving Van der Moolen Holding N.V., resulting in a finding that mismanagement took place at Van der Moolen.

- The company in a shareholders dispute, resulting in a EUR 12 million earn out incentive package for the management board and obtaining further financing for the company for the next three years.

- The majority shareholder in a post-M&A dispute, resulting in a negotiated settlement and a clawback of EUR 10 million of the purchase price for the client.

- The former chairman of a listed company in a class action claim involving, *inter alia*, a class action claim in excess of EUR 1 billion, successfully defending the chairman with the court finding that he was not liable.

- KLM N.V. in a landmark litigation case against airline pilots regarding supposed age discrimination in the collective bargaining agreement, resulting in a favorable decision for KLM at the Dutch Supreme Court.

- Albert Heijn B.V., Gall & Gall B.V and Etos B.V. in landmark litigation regarding the all-in pay of over 50,000 short part-time employees, resulting in the favorable decisions in both summary as well as substantive proceedings.

Damiën also served as legal cousel for a client in Dutch enforcement action, successfully defending the client against the enforcement of an arbitral award with a value in excess of EUR 130 million; and, in arbitration, obtaining an arbitral award finding the counter-party liable for damages estimated in the range of EUR 10-12 million.

Damiën has been recognized as a "Recommended lawyer" in the Legal 500 EMEA (2018 and 2019 editions) and was the Winner of the Dutch national and Amsterdam bar association pleading contest (2009). He is a frequent lecturer at the University of Amsterdam and for the Dutch bar association (corporate law specialization track). And has published over 20 articles in peer-reviewed law journals.

 **ATTORNEY BACKGROUND/ EXPERIENCE**

# ANJALI BHAT

## PRACTICE EMPHASIS

Anjali Bhat specializes in antitrust, securities, and other complex litigation.

## ADMISSIONS

**State of New York; United States District Court:** Southern and Eastern Districts of New York

## EDUCATION

**Columbia Law School** (J.D., 2011); **Swarthmore College** (B.A., High Honors, 2007)

## HIGHLIGHTS

Ms. Bhat is an associate in the firm's New York office and focuses on general litigation and securities class actions. Her experience also encompasses real estate litigation in New York state courts.

Ms. Bhat is the primary associate on the teams prosecuting the securities class actions *In re Endochoice Holdings, Inc. Sec. Litig.*, 2016-cv-277772 (Ga. Sup. Ct.) and *Okl. Firefighters Pension & Ret. Sys. v. Newell Brands Inc.*, HUD-L-003492-18 (N.J. Sup. Ct.). She is also a member of the teams prosecuting the fed cattle antitrust litigation and *In re Sandisk LLC Sec. Litig.*, 15-CV-01455 (N.D. Cal.).

During law school, Ms. Bhat was a Harlan Fiske Stone Scholar and a finalist in the Harlan Fiske Stone Moot Court Competition. As an undergraduate, she studied history. Prior to joining the firm, Ms. Bhat clerked for the Honorable William F. Kuntz II of the United States District Court for the Eastern District of New York.



# THOMAS K. BOARDMAN

## PRACTICE EMPHASIS

Thomas K. Boardman's practice focuses on antitrust litigation.

## ADMISSIONS

**States of New York and California; United States Court of Appeals:** Second and Ninth Circuits; **United States District Court:** Southern District of New York, Northern and Central Districts of California

## EDUCATION

**University of California, Hastings College of the Law** (J.D. 2009); **Vassar College** (B.A., Political Science and Film Studies, 2004)

## HIGHLIGHTS

Mr. Boardman is an associate in the firm's New York office and represents plaintiff-investors in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* and represents opt-out plaintiffs in *Mag Instrument Inc v. The Goldman Sachs Group Inc.* Mr. Boardman also represents indirect purchaser plaintiffs in *In re Lithium Ion Batteries Antitrust Litigation.*

While attending law school, he was a member of the Hastings Science and Technology Law Journal and worked as a research assistant to professors Geoffrey C. Hazard, Jr. and Rory K. Little.

At his prior firm, Mr. Boardman was a member of the trial team in *In re TFT-LCD (Flat Panel) Antitrust Litigation.* For his work on that case, Mr. Boardman was nominated by Consumer Attorneys of California as a finalist for Consumer Attorney of the Year. Mr. Boardman was also an instrumental part of the lead counsel team in *In re Potash Antitrust Litigation (II)*, a case that featured a unanimous victory before an *en banc* panel of the Seventh Circuit, resulting in one of the most influential antitrust appellate opinions in recent memory. The case ended in $90 million in settlements.

Mr. Boardman has co-authored the following articles: *Reverse Engineering Your Antitrust Case: Plan for Trial Even Before You File Your Case,* ANTITRUST MAGAZINE, Spring 2014, Vol. 28, No. 2, with Bruce L. Simon; and *Class Action for Health Professionals, chapter from Advocacy Strategies for Health and Mental Health Professionals,* Springer Publishing Co., 2011, with Bruce L. Simon, Stuart L. Lustig, Editor. Prior to joining Scott+Scott, Mr. Boardman worked at Pearson, Simon & Warshaw, LLP in San Francisco and served as a judicial law clerk to the Hon. Christina Reiss in United States District Court, District of Vermont.

Mr. Boardman holds memberships in the ABA Antitrust Section – Model Jury Instruction Revision Task Force, ABA Antitrust Section – Young Lawyers Division – Litigation Committee, ABA Antitrust Section – Young Lawyers Division – Civil Practice and Procedure Committee, New York State Bar Association – Antitrust Section, Bar Association of San Francisco, and Public Justice Foundation. He also enjoys running and regularly does so for charity – including several races to fundraise for various causes, including the New York City Marathon (National Multiple Sclerosis Foundation) and the Boston Marathon (Cystic Fibrosis Foundation).



# ATTORNEY BACKGROUND/ EXPERIENCE

# JACEY BOGLER

## PRACTICE EMPHASIS

Jacey Bogler focuses on complex antitrust litigation and class actions.

## ADMISSIONS

State of Iowa

## EDUCATION

**Drake University Law School** (J.D., with honors, 2014); **Iowa State University** (B.A. Psychology, Criminal Justice minor, cum laude, 2010)

## HIGHLIGHTS

Ms. Bogler is an attorney in the firm's San Diego office specializing in complex litigation.



**ATTORNEY BACKGROUND/ EXPERIENCE**

# DONALD A. BROGGI

## PRACTICE EMPHASIS

Donald A. Broggi engaged in the Firm's securities, antitrust, mass tort, and consumer litigation practices.

## ADMISSIONS

**States of New York and Pennsylvania; United States District Court:** Southern District of New York, District of Western Pennsylvania; **State Supreme Courts:** New York and Pennsylvania

## EDUCATION

**Duquesne University School of Law** (J.D., 2000); **University of Pittsburgh** (B.A., 1990)

## HIGHLIGHTS

Mr. Broggi is a partner in the firm's New York office and is engaged in the firm's complex securities, antitrust, and consumer litigation, including: *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y.) ($2.3 billion in settlements to date); *Alaska Elec. Pension Fund v. Bank of Am. Corp.,* No. 14-cv-07126 (S.D.N.Y.) ($504 million settlement); *Dahl v. Bain Capital Partners,* ); *Irvine v. ImClone Sys., Inc.,* No. 02-cv-00109 (S.D.N.Y.) ($75 million settlement); *In re Wash. Mut. Mortg.-Backed Sec. Litig.,* No. 09-cv-00037 (W.D. Wash.) ($69 million settlement); and *In re SanDisk LLC Sec. Litig.,* No. 15-cv-01455 (N.D. Cal.) ($50 million settlement), among others. Currently, Mr. Broggi is representing cities, counties, and other municipalities from Massachusetts, Connecticut, Pennsylvania, New Jersey, and Florida in both state and federal litigation against the manufacturers and distributors of opioid medications.

Mr. Broggi also works with the Firm's institutional investor clients, including hundreds of public pension systems and Taft-Hartley funds throughout the United States, to confirm their funds have proper safeguards in place to ensure against corporate malfeasance and regularly consults with institutional investors in the United States on issues relating to corporate fraud in the U.S. securities markets, as well as corporate governance issues and shareholder litigation.  He has lectured at institutional investor conferences throughout the United States on the value of shareholder activism as a necessary component of preventing corporate fraud abuses, including the Texas Association of Public Employee Retirement Systems, Georgia Association of Public Pension Trustees, Michigan Association of Public Retirement Systems, Illinois Public Pension Fund Association, and the Pennsylvania Association of County Controllers, among others.



ATTORNEY
BACKGROUND/
EXPERIENCE

# JOEL BOORAS

## PRACTICE EMPHASIS

Joel Booras focuses on complex antitrust litigation and class actions.

## ADMISSIONS

State of California

## EDUCATION

**University of San Diego School of Law** (J.D., 2012); **University of San Diego** (B.A., 2008)

## HIGHLIGHTS

Joel Booras is a staff attorney in Scott+Scott's California office where he focuses on complex antitrust litigation and class actions.

Prior to joining Scott+Scott, Mr. Booras practiced in the personal injury field and managed cases in the electronic discovery arena for several high-profile technology clients.



**SCOTT + SCOTT** | ATTORNEY BACKGROUND/ EXPERIENCE

# CHRISTOPHER M. BURKE

## PRACTICE EMPHASIS

Christopher M. Burke chairs Scott+Scott's competition practice and sets the firm's litigation standards.

## ADMISSIONS

**State Supreme Courts:** California, New York, and Wisconsin, and numerous **United States District Courts** and **Court of Appeals.**

## EDUCATION

**University of Wisconsin** (M.A. 1989; J.D. 1993; Ph.D. 1996); **William & Mary** (M.A. 1988); **The Ohio State University** (B.A. 1984)

---

## HIGHLIGHTS

Mr. Burke currently sits as a partner in the firm's San Diego and New York offices with a principal practice in complex antitrust litigation, particularly in the financial services industry. He has served as lead counsel in some of the world's largest financial services antitrust matters. Currently, he is co-lead counsel in *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, 13-cv-7789 (S.D.N.Y.) ($2.3 billion settlement); *In re Disposable Contact Lens Antitrust Litig.*, No. 3:15-md-2626 (M.D. Fla.); and *In re GSE Bonds Antitrust Litig.*, No. 1:19-cv-01704 (S.D.N.Y.).

He has served as co-lead counsel in *Dahl v. Bain Capital Partners*, 07-cv-12388 (D. Mass.) ($590.5 million settlement); *Alaska Electrical Pension Fund v. Bank of America Corp.*, 14-cv-7126 (S.D.N.Y) (ISDAfix litigation) ($504.5 million settlement); *Axiom Investment Advisors, LLC, by and through its Trustee, Gildor Management LLC v. Barclays Bank PLC*, 15-cv-09323 (S.D.N.Y.) ($50 million settlement); *In re Currency Conversion Antitrust Litig.*, MDL No. 1409 (S.D.N.Y.) ($336 million settlement); *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y.) (subsequently as an executive committee member after joining Scott+Scott) (up to $6.24 billion settlement); *LiPuma v. American Express Co.*, No. 1:04-cv-20314 (S.D. Fla.) ($90 million settlement); and was one of the trial counsel in *Schwartz v. Visa*, No. 822505-4 (Alameda Cty. Super. Ct.) ($780 million plaintiff's judgment after six months of trial); and *In re Disposable Contact Lens Antitrust Litig.*, MDL No. 1030 (M.D. Fla.) ($90 million settlement with final settlements occurring during trial). Mr. Burke was one of the original lawyers in the *Wholesale Elec. Antitrust cases in California*, which settled for over $1 billion.

Further, Mr. Burke was trial counsel in *Ross v. Bank of America N.A.*, No. 05-cv-7116, MDL No. 1409 (S.D.N.Y.) and *Ross v. American Express Co.*, *No. 04-cv-5723*, *MDL No. 1409 (S.D.N.Y.).* He was also co-lead counsel for indirect purchasers in *In re Korean Air Lines Co., Ltd. Antitrust Litig.*, MDL No. 1891 (C.D. Cal.) ($86 million settlement), and *In re Prudential Ins. Co. of America SGLI/VGLI Contract Litig.*, No. 11-md-2208 (D. Mass.) ($40 million settlement). Mr. Burke also investigated and filed the first complaint in *In re Credit Default Swaps Antitrust Litig.*, 13-md-2476 (S.D.N.Y.).

Mr. Burke frequently lectures at professional conferences and CLEs on competition matters, including litigation surrounding financial benchmarks, class-barring arbitration clauses, the effects of *Twombly* in 12(b)(6) motions, and the increasing use of experts at class certification and trial. The American Antitrust Institute ("AAI") honored Christopher Burke and Scott+Scott Attorneys at Law with an Outstanding Antitrust Litigation Achievement in Private Law Practice award at their 2018 Antitrust Enforcement Awards for efforts in the ISDAfix litigation. In 2014, he was also recognized for his exemplary work in the *Dahl v. Bain Capital Partners* matter by the AAI and has regularly been designated as a Super Lawyer by Thomson Reuters.



# ATTORNEY BACKGROUND/ EXPERIENCE

Mr. Burke has also served as an Assistant Attorney General at the Wisconsin Department of Justice and has lectured on law-related topics, including constitutional law, law and politics, and civil rights at the State University of New York at Buffalo and at the University of Wisconsin. Mr. Burke's book, *The Appearance of Equality: Racial Gerrymandering, Redistricting, and the Supreme Court* (Greenwood, 1999), examines conflicts over voting rights and political representation within the competing rhetoric of communitarian and liberal strategies of justification.



# ATTORNEY BACKGROUND/ EXPERIENCE

# VICTORIA BURKE

## PRACTICE EMPHASIS

Victoria Burke focuses on complex antitrust litigation and class actions.

## ADMISSIONS

State of California and the District of Columbia; United States District Court: Central District of California

## EDUCATION

Loyola Law School's Fashion Law Summer Intensive Program (certificate of completion, 2014); Southwestern Law School (J.D., 2011); Arizona State University (B.A.,1997)

---

## HIGHLIGHTS

Ms. Burke is an attorney in the firm's San Diego office. Her practice focuses on class action litigation with an emphasis on privacy data breach cases and antitrust cases within the financial services industry. Victoria also has a background in intellectual property. She holds both CIPP/US and CIPP/E designations, and is an Adjunct Associate Professor of Law (Fashion Law), Southwestern Law School.

On behalf of the American Bar Association, Victoria has served as Vice-Chair of the Trademark Transactions Committee, Chair of the Fashion Law Subcommittee, and Vice-Chair of the Trademark Litigation Committee as well as a member of the Beverly Hills Bar Association Executive Committee: IP, Internet & New Media Section. She also frequently authors law articles on a range of topics for various legal publications, most recently Secondary Meaning: Federal Circuit Decision Lays Out New Test for Determining Secondary Meaning. (Daily Journal, March 2019). Victoria has also served as panelist for many programs, such as the Osgoode Fashion Law Society panel, Osgoode Hall Law School, Toronto, CAN (Oct 2018). Victoria has volunteered her time to Bet Tzedek's Employment Rights Project: Wages and Hour cases and regularly serves as a moot court judge for Pepperdine University School of Law's Annual National Entertainment Law Moot Court Competition.

In 2015 she was awarded the Recognition of Outstanding Leadership Contribution by the American Bar Association and appeared on the Super Lawyers Rising Stars list in 2017 and 2018.

 **SCOTT + SCOTT** | **ATTORNEY BACKGROUND/ EXPERIENCE**

# MICHAEL BURNETT

## PRACTICE EMPHASIS

Michael G. Burnett practices complex securities litigation at the firm, where he consults with institutional clients on corporate fraud in the securities markets as well as corporate governance issues.

## ADMISSIONS

**Supreme Court of Nebraska; United States District Court:** District of Nebraska

## EDUCATION

**Creighton University School of Law** (J.D., 1984); **Creighton University** (B.A. Finance, 1981)

## HIGHLIGHTS

In addition to his work with the firm, Mr. Burnett has specialized in intellectual property and related law. His representations include: *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y.) ($2 billion settlement); *Alaska Electrical Pension Fund v. Bank of America Corporation*, 14-cv-7126 (S.D.N.Y) ($325 million settlement); *Dahl v. Bain Capital Partners*, 07-cv-12388 (D. Mass.) ($590.5 million settlement).

Michael is also a member of the Nebraska Bar Association.

# ELIZABETH A. CAMPOS

## PRACTICE EMPHASIS

Elizabeth A. Campos focuses on complex antitrust litigation and class actions.

## ADMISSIONS

State of California; U.S. Patent and Trademark Office.

## EDUCATION

**Thomas Jefferson School of Law** (J.D., 2001); **University of Southern California** (B.A., 1997)

## HIGHLIGHTS

Elizabeth A. Campos is an attorney in Scott+Scott's California office where she focuses on complex antitrust litigation and class actions.



# ATTORNEY BACKGROUND/ EXPERIENCE

# DOUGLAS CAMPBELL

## PRACTICE EMPHASIS

Douglas Campbell specialises in competition damages litigation.

## ADMISSIONS

England and Wales; Scotland

## EDUCATION

**University of Edinburgh** (Diploma in Professional Legal Practice, 2012); **University of Edinburgh** (LLB, honours, 2011)

## HIGHLIGHTS

Douglas Campbell is an associate in Scott+Scott's London office. His background is in commercial disputes, giving him experience across a range of areas and industries in the public and private sectors, working on numerous cases in the English High Court and Court of Appeal. Douglas regularly works with clients and counsel, considering competition and regulatory claims, assessing their merits and viability. He has considerable experience in the third-party funding sector, working on funded cases and preparing proposals, and is highly familiar with the collective actions regime under the Consumer Rights Act 2015.

Amongst other things, Douglas is currently representing a number of clients with potential claims against financial institutions for manipulation of the foreign exchange market, and acting for several retailers with claims against Visa and Mastercard in respect of charges and rules imposed with respect of their card-payment schemes.

Prior to joining Scott+Scott, Douglas spent six years working for a major UK law firm in Edinburgh and London. During this time he acted in a number of competition damages, and general commercial claims in the English High Court and Court of Appeal. His experience includes acting for a Part 20 Defendant airline in the *Air Cargo* follow-on and stand-alone damages claims, acting for a FTSE 250 listed company, coordinating a claim against a major UK bank for manipulation of the foreign exchange market, and, acting for a money transfer business in an abuse of dominance claim against a major UK bank (obtaining injunctive relief).



# ATTORNEY BACKGROUND/ EXPERIENCE

# DEBORAH CLARK-WEINTRAUB

## PRACTICE EMPHASIS

Deborah Clark-Weintraub has extensive experience in all types of class action litigation.

## ADMISSIONS

**State of New York**; **United States Court of Appeals:** First, Second, Sixth, Seventh and Eighth Circuits; **United States District Court:** Southern and Eastern Districts of New York, Eastern District of Michigan and Eastern District of Wisconsin

## EDUCATION

**Hofstra Law School,** Hempstead, NY (J.D., with distinction, 1986); **St. John's University,** Queens, NY (B.A., summa cum laude, 1981)

## HIGHLIGHTS

Ms. Weintraub is a partner in the firm's New York office and focuses her practice on securities litigation.

Ms. Weintraub has represented investors in numerous cases that have resulted in substantial recov-eries including *In re Oxford Health Plans, Inc. Securities Litig.*, MDL No. 1222 (S.D.N.Y.) ($300 million settlement); *In re CVS Corporation Securities Litig.*, No. 01-11464 (D. Mass.) ($110 million settlement); *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA*, 1:12-cv-2865 (S.D.N.Y.) ($69 million settlement); *Weston v. RCS Capital Corp.*, 1:14-cv-10136 (S.D.N.Y.) ($31 million settlement); and *In re Conn's, Inc. Sec. Litig.*, No. 4:14-cv-00548 (S.D. Tex.) ($22.5 million settlement), among others.

Ms. Weintraub has also obtained substantial recoveries in consumer litigation including *Young v. Wells Fargo & Co.*, 4:08-cv-00507-RP-CFB (S.D. Iowa) ($25.7 million settlement).

Ms. Weintraub is currently representing investors in several ongoing securities class action cases including *In re SanDisk LLC Securities Litig.*, 3:15-cv-01455-VC (N.D. Cal.) ($50 million settlement preliminarily approved); *Silverberg v. Dryships, Inc.*, 2:17-cv-04547 (E.D.N.Y.); *Robinson v. Diana Containerships, Inc.*, 2:17-cv-06160 (E.D.N.Y.); and *In re Netshoes Securities Litig.*, Index No. 157435/2018 (N.Y. Supreme Court). She is also representing plaintiffs in *In re ICE LIBOR Antitrust Litig.*, 1:19-cv-00439 (S.D.N.Y.).

Ms. Weintraub is the co-author of Gender Bias and the Treatment of Women as Advocates, Women in Law (1998), and the Dissenting Introduction defending the merits of securities class action litigation contained in the 1994 monograph *Securities Class Actions: Abuses and Remedies*, published by the National Legal Center for the Public Interest. She is a member of the New York City Bar Association.

While in law school, Ms. Weintraub was a member and research editor of the Hofstra Law Review. Following her graduation from Hofstra Law School, Ms. Weintraub served as a law clerk to the Honorable Jacob Mishler, United States District Judge for the Eastern District of New York (1986-1987).



# ATTORNEY BACKGROUND/ EXPERIENCE

# JOSEPH G. CLEEMANN

## PRACTICE EMPHASIS

Joseph G. Cleemann has extensive experience litigating class actions, complex commercial disputes, and government enforcement actions.

## ADMISSIONS

**United States District Court:** Southern and Eastern Districts of New York

## EDUCATION

**Brooklyn Law School** (J.D., cum laude, 2009); **Columbia University Graduate School of Journalism** (M.S., with honors, 2004; **Harvard University** (A.B., with honors in History, 1998)

---

## HIGHLIGHTS

Mr. Cleemann is an associate at the firm's New York Office. He represents dozens of governmental entities in seven states who are prosecuting pharmaceutical manufacturers and distributors in opioid litigation.

Prior to coming to the Firm, Joe worked eight years at Ropes & Gray, LLP, where he principally represented corporate defendants in government prosecutions, class actions, and complex business litigation. He has extensive experience in the area of data privacy.

He spent his first year out of law school at a Ropes-sponsored fellowship with the Legal Aid Society's Prisoners' Rights Project. During law school, he interned with the Hon. Robert Sack in the Second Circuit and the Hon. Shira A. Scheindlin in the Southern District of New York. Prior to entering the law, he worked seven years in trade book publishing.



# ATTORNEY BACKGROUND/ EXPERIENCE

# ERIN GREEN COMITE

## PRACTICE EMPHASIS

Erin Green Comite litigates complex class actions throughout the United States, representing the rights of shareholders, employees, consumers, and other individuals harmed by corporate misrepresentation and malfeasance.

## ADMISSIONS

**State of Connecticut**; **United States Court of Appeals:** Second, Third, Ninth, and Eleventh Circuits; **United States District Court:** Southern District of New York, District of Connecticut, Northern District of Illinois, Eastern District of Wisconsin, and District of Colorado

## EDUCATION

**University of Washington School of Law** (J.D., 2002); **Dartmouth College** (B.A., magna cum laude, 1994)

---

## HIGHLIGHTS

Ms. Comite is a partner in the firm's Connecticut office and currently serves in a leadership role in a number of complex class actions including: *First Choice Federal Credit Union v. The Wendy's Company*, No. 16-cv-00506 (W.D. Pa.), co-lead counsel on behalf of financial institutions arising out of data breach; *In re Arby's Restaurant Group, Inc. Litig.*, No. 17-mi-55555 (N.D. Ga.), member of Plaintiffs' Executive Committee on behalf of financial institutions arising out of a data breach, *In re Equifax, Inc. Customer Data Security Breach Litig.*, MDL No. 2800 (N.D. Ga.), chair of law and briefing committee; *Forth v. Walgreen Co, Inc.*, No. 1:17-cv-02246 (N.D. Ill.), co-lead counsel, asserting claims on behalf of class of consumers alleging overcharge for medically necessary, covered prescription drugs; and *Aquilina v. Certain Underwriters at Lloyd's London*, No. 1:18-cv-00496 (D. Haw.), co-lead counsel, alleging that insurers, brokers, and agents improperly steered insureds into surplus lines insurance.

Recently, Ms. Comite has played a significant role in the prosecution of consumer class cases such as: *In re The Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 2583 (N.D. Ga.) ($27.25 million settlement) and *In re Target Corporation Customer Data Security Breach Litig.*, MDL No. 2522 (D. Minn.) ($59 million settlement), two of the largest data breaches impacting consumer personal data to date; *Greater Chautauqua Federal Credit Union v. Kmart Corp.*, No. 15-cv-02228 (N.D. Ill.), Chair of the Plaintiffs' Steering Committee ($8.1 million settlement); *Morrow v. Ann, Inc.*, No. 1:16-cv-03340 (S.D.N.Y.) ($8.1 million settlement); *Howerton v. Cargill, Inc.*, No. 13-cv-00336 (D. Haw.) ($6.1 settlement); *Murr v. Capital One Bank (USA), N.A.*, No. 13-cv-1091 (E.D. Va.) ($7.3 million settlement); and *In re Nutella Mktg. & Sales Practices Litig.*, No. 11-cv-01086 (D.N.J.) ($2.5 million settlement).

Ms. Comite's appellate victories in consumer class actions include *Nunes v. Saks Inc*., 2019 WL 2305039 (9th Cir. May 30, 2019); *Chavez v. Nestle USA, Inc.*, 511 F. App'x 606 (9th Cir. 2013) (achieving a reversal of dismissal); and *In re Nutella Mktg. & Sales Practices Litig.*, 589 F. App'x 53 (3d Cir. 2014) (defending settlement from professional objectors).

Since joining Scott+Scott in 2002, she has litigated such cases as *In re Priceline.com Securities Litigation* ($80 million settlement); *Schnall v. Annuity and Life Re (Holdings) Ltd.* ($27 million settlement); and *In re Qwest Communications International, Inc.* (settlement obtaining $25 million for the company and achieving corporate governance reforms aimed at ensuring board independence).

While Ms. Comite is experienced in all aspects of complex pre-trial litigation, she is particularly accomplished in achieving favorable results in discovery disputes. *In Hohider v. United Parcel Service, Inc.*, Ms. Comite spearheaded a nearly year-long investigation into every facet of UPS's preservation methods, requiring intensive, full-time efforts by a team of attorneys



**SCOTT + SCOTT**

# ATTORNEY BACKGROUND/ EXPERIENCE

and paralegals well beyond that required in the normal course of pre-trial litigation. Ms. Comite assisted in devising the plan of investigation in weekly conference calls with the Special Master, coordinated the review of over 30,000 documents that uncovered a blatant trail of deception and prepared dozens of briefs to describe the spoliation and its ramifications on the case to the Special Master. In reaction to UPS's flagrant discovery abuses brought to light through the investigation, the Court conditioned the parties' settlement of the three individual ADA cases on UPS adopting and implementing preservation practices that passed the approval of the Special Master.

Prior to entering law school, Ms. Comite served in the White House as Assistant to the Special Counsel to President Clinton. In that capacity, she handled matters related to the White House's response to investigations, including four independent counsel investigations, a Justice Department task force investigation, two major oversight investigations by the House of Representatives and the Senate, and several other congressional oversight investigations.

Ms. Comite's volunteer activities have included assisting immigrant women, as survivors of domestic violence, with temporary residency applications as well as counseling sexual assault survivors. Currently, Ms. Comite supports Connecticut Children's Medical Center and March of Dimes/March for Babies.



SCOTT + SCOTT | ATTORNEY BACKGROUND/ EXPERIENCE

# MICHELLE CONSTON

## PRACTICE EMPHASIS

Michelle Conston's practice focuses on antitrust litigation.

## ADMISSIONS

States of New York, New Jersey and Florida; United States District Court: Southern District of New York;

## EDUCATION

Marist College (B.A. Journalism, magna cum laude, 2010); University of Miami School of Law (J.D., magna cum laude, 2013)

---

## HIGHLIGHTS

Ms. Conston is an associate in Scott+Scott's New York office and devotes much of her time representing investors in cases involving the manipulation of financial benchmarks by numerous major banks, including *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y) and *Alaska Elec. Pension Fund v. Bank of America Corp.*, No. 14-cv-7126 (S.D.N.Y).

During law school, Ms. Conston served as a judicial intern for the Honorable Stephen T. Brown, the Chief Magistrate Judge of the United States District Court for the Southern District of Florida. Ms. Conston also served as a certified legal intern for the United States Attorney's Office for the Southern District of Florida.

Prior to joining Scott+Scott, Ms. Conston represented institutional investors, hedge funds, and individual investors in complex class action litigation arising under the Commodity Exchange Act, Sherman Act, RICO Act, and common law. She was heavily involved in litigating actions alleging the manipulation of the London Interbank Offered Rate ("LIBOR") for several currencies by large financial institutions (e.g., *Laydon v. Mizuho Bank, Ltd.*, No. 12-cv-3419 (S.D.N.Y.) and *Sullivan v. Barclays plc*, No. 13-cv-00281 (S.D.N.Y.), as well as an action alleging manipulation of the daily London Silver Fixing by the Fixing Banks and several other financial institutions (*In re London Silver Fixing, Ltd., Antitrust Litig.*, No. 14-md-02573 (S.D.N.Y.).



**ATTORNEY BACKGROUND/ EXPERIENCE**

# HAL CUNNINGHAM

### PRACTICE EMPHASIS
Hal Cunningham's practice focuses on complex antitrust and consumer litigation, primarily in the financial services industry.

### ADMISSIONS
State of California; United States District Court: Northern, Central, and Southern Districts of California

### EDUCATION
University of San Diego School of Law (J.D., 2005); Murray State (B.S., Biological Chemistry, 1997)

### HIGHLIGHTS
Mr. Cunningham is an attorney in the firm's San Diego office and currently represents class plaintiffs in *Alaska Electrical Pension Fund v. Bank of America Corp.*, No. 1:14-cv-07126 (S.D.N.Y.), an action challenging collusion in the setting of ISDAfix, a global benchmark used to value interest rate derivatives, and *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 1:13-cv-07789 (S.D.N.Y.). Mr. Cunningham serves a prominent role in the prosecution of these cases, working with the firm's financial industry experts and economists and supervising firm attorneys on discovery matters.

Mr. Cunningham's practice also includes complex securities litigation, achieving notable results, including *In re Washington Mutual Mortgage Backed Securities Litigantion*, No. C09-0037 (W.D. Wash.) and *In re Cardinal Health, Inc. Securities Litigation*, 2:04-cv-00575 (S.D. Ohio).

Mr. Cunningham has a background in drug development and holds a Regulatory Affairs Certification (RAC/US).

# NGA CUNNINGHAM

### PRACTICE EMPHASIS
Nga Cunningham's practice focuses on complex antitrust litigation and class actions.

### ADMISSIONS
State of California; United States District Court: Central District of California

### EDUCATION
Thomas Jefferson School of Law (J.D., cum laude, 2005); University of California, San Diego, (B.A., Political Science with Public Policy emphasis)

### HIGHLIGHTS
Ms. Cunningham is an attorney in the San Diego office.



**ATTORNEY BACKGROUND/ EXPERIENCE**

# MARGARET (MAGGIE) FERRON

## PRACTICE EMPHASIS

Maggie Ferron focuses on general litigation, transactional matters, and class actions.

## ADMISSIONS

**United States District Court:** District of Connecticut; **State of Connecticut**

## EDUCATION

**University of Connecticut School of Law** (J.D., High Honors, 2009); **Middlebury College** (B.A., Classical Studies, 2003)

## HIGHLIGHTS

Ms. Ferron is an associate in the firm's Connecticut office. During law school, Ms. Ferron worked for the Honorable Janet Bond Arterton of the U.S. District Court for the District of Connecticut and for the Iran Human Rights Documentation Center in New Haven, Connecticut. As an undergraduate, she studied classical languages and history in Athens, Greece; as a law student, she studied international human rights law at Trinity College, Dublin, Ireland.

Prior to joining the firm, Ms. Ferron worked as a plaintiffs' employment lawyer in Hartford for several years. Her experience also encompasses municipal affairs and state grant compliance. Ms. Ferron practices in varied Connecticut state court matters as well as federal class actions.

Ms. Ferron is a trustee of Joshua's Tract Conservation and Historic Trust, located in Mansfield, Connecticut. She successfully led an effort to build an accessible playground in Mansfield and enjoys trail running and reading with her family.

# G. DUSTIN FOSTER

## PRACTICE EMPHASIS

Dustin Foster's main practice areas include antitrust, securities, and complex litigation.

## ADMISSIONS

State of West Virginia

## EDUCATION

**West Virginia University College of Law** (J.D., 2002); **West Virginia Wesleyan College** (B.S., Biology, cum laude, 1999)

## HIGHLIGHTS

Mr. Foster's practice areas include antitrust, securities, and complex litigation, which includes such cases as *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y.), *Dahl v. Bain Capital Partners, LLC*, No. 1:07-cv-12388 (D. Mass.), and *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Ltd. Co.*, No. 2:12-cv-03824 (E.D. Pa.).

During law school, Mr. Foster served as a law clerk for the West Virginia Supreme Court of Appeals, after which he assumed a full-time term position as a law clerk for the Hon. Thomas C. Evans, III, of the Fifth Circuit Court of West Virginia.



# ATTORNEY BACKGROUND/ EXPERIENCE

# WILLIAM C. FREDERICKS

## PRACTICE EMPHASIS

William Fredericks' practice focuses primarily on litigating securities and other complex commercial class actions.

## ADMISSIONS

**United States Supreme Court; United States Court of Appeals:** First, Second, Third, Sixth, and Tenth Circuits; **United States District Court:** Southern and Eastern Districts of New York, and Colorado

## EDUCATION

**Columbia University Law School,** (J.D., 1988); **University of Oxford** (M. Litt. in International Relations, 1985); **Swarthmore College** (B.A. in Political Science, high honors, 1983)

## HIGHLIGHTS

Mr. Fredericks is a partner in the firm's New York office. In addition to serving as lead counsel on behalf of investors in several pending securities fraud actions, he also represents investors in the pending FX antitrust litigation brought against over a dozen leading banks based on their involvement in manipulating foreign exchange ("FX") rates and spreads, and in pending proceedings relating to data security breaches at FaceBook, Inc.

At Columbia Law School, Bill was a three-time Harlan Fiske Stone Scholar, a Columbia University International Fellow, Articles Editor of The Columbia Journal of Transnational Law, and winner of Columbia's Beck Prize (property law), Toppan Prize (advanced constitutional law) and Greenbaum Prize (written advocacy). A three-judge panel chaired by the late Justice Antonin Scalia also awarded him the Thomas E. Dewey Prize for best oral argument in the final round of Columbia's Stone Moot Court Honor Competition. After clerking for the Hon. Robert S. Gawthrop III (E.D. Pa.) in Philadelphia, Mr. Fredericks spent seven years practicing securities and complex commercial litigation at Simpson Thacher & Bartlett LLP and Willkie Farr & Gallagher LLP in New York before moving to the plaintiffs' side of the bar in 1996.

Mr. Fredericks has represented investors as a lead or co-lead counsel for plaintiffs in dozens of securities class actions, including *In re Wachovia Preferred Securities and Bond/Notes Litig.* (S.D.N.Y.) (total settlements of $627 million, reflecting the largest recovery ever in a pure Securities Act case not involving any parallel government fraud claims); *In re Rite Aid Securities Litig.* (E.D. Pa.) (total settlements of $323 million, including the then-second largest securities fraud settlement ever against a Big Four accounting firm); *In re Sears Roebuck & Co. Sec. Litig.* (N.D. Ill.) ($215 million settlement, representing the then-largest §10(b) class action recovery in an action that did not involve either a financial restatement or parallel government fraud claims); *In re State Street Bank and Trust Co. ERISA Litig.* (S.D.N.Y.) (one of the largest ERISA class settlements to date); *In re King Digital Sec. Enter. PLC Shareholder Litig.* (Super. Ct. San Fran. Cty.) ($18.5 million settlement, representing one of the largest state court §11 class action recoveries to date); and *Irvine v. ImClone Systems, Inc.* (S.D.N.Y.) ($75 million settlement). A consortium of plaintiffs' counsel also chose Mr. Fredericks to present the (successful) oral argument in opposition to defendants' efforts to dismiss (on grounds of standing) over fifteen separate securities fraud cases before a three judge panel in *In re Mutual Fund Investing Litig.* (see 519 F. Supp. 2d 580 (D.Md. 2007)), which later settled for a combined total of several hundred million dollars. Mr. Fredericks also played a leading role on the team that obtained a rare 9-0 decision for securities fraud plaintiffs in the U.S. Supreme Court in *Merck & Co., Inc. v. Reynolds* (which later settled for $1.052 billion), and he has also coauthored amicus briefs on behalf of clients in a number of other Supreme Court cases (including Halliburton, Amgen, ANZ Securities and Cyan) involving various significant securities law issues.



# ATTORNEY BACKGROUND/ EXPERIENCE

Mr. Fredericks has also represented clients in litigating claims in federal bankruptcy court proceedings, and has obtained substantial recoveries from a bankrupt corporation's officers, law firm and outside auditors on behalf of a court-appointed Trustee of a creditor's trust. See *In re Friedman's, Inc.*, 394 B.R. 623 (S.D. Ga.2008). He also currently represents a putative class of large commercial customers of a bankrupt utility in breach of contract proceedings pending before the U.S. Bankruptcy Court for the Northern District of Ohio.

William Fredericks has been recognized in the 2012-19 editions of "America's Best Lawyers" in the field of commercial litigation, in "Who's Who in American Law" (Marquis), and in the New York City "SuperLawyers" listings for securities litigation (2013-19). He has been a frequent panelist on various securities litigation programs sponsored by the Practising Law Institute (PLI) – including ten years as a panelist on civil liabilities under the federal Securities Act – and has lectured overseas on American class action litigation on behalf of the American Law Institute/American Bar Association (ALI/ABA). He is also the former chairman of the New York City Bar Association's Committee on Military Affairs and Justice, and a member of the Federal Bar Council.



# SCOTT + SCOTT | ATTORNEY BACKGROUND/ EXPERIENCE

# YVONNE FUNK

## PRACTICE EMPHASIS

Yvonne Funk's practice focuses on complex antitrust litigation and class actions.

## ADMISSIONS

State of Callifornia

## EDUCATION

**UC Hastings Law School** (J.D., 2007); **UCLA** (B.A., 2001)

## HIGHLIGHTS

Yvonne Funk is an attorney in our San Diego office.

# DAVID H. GOLDBERGER

## PRACTICE EMPHASIS

David H. Goldberger's practice is focused on complex antitrust litigation, initial antitrust case investigations, and other special projects.

## ADMISSIONS

**State of California; United States District Court:** Northern, Central, and Southern Districts of California

## EDUCATION

**California Western School of Law** (J.D., 2002); **University of Colorado** (B.A., 1999)

## HIGHLIGHTS

Mr. Goldberger is an associate in the San Diego office and his notable prior representative actions involving antitrust claims include *Kleen Products LLC v. Packaging Corporation of America*, No. 10-cv-5711 (N.D. Ill.) ($376.4 million settlement), an action challenging price-fixing in the containerboard industry, and *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-2420 (N.D. Cal.), an action challenging price-fixing of Li-Ion batteries. Mr. Goldberger has also worked on antitrust cases involving delayed generic drug entry, such as *Mylan Pharmaceuticals Inc. v. Warner Chilcott Public Ltd. Co.*, No. 12-cv-3824 (E.D. Pa.) ($8 million settlement) and In re Prograf Antitrust Litig., No. 1:11-md-02242 (D. Mass.).

Mr. Goldberger currently represents antitrust class plaintiffs in *Alaska Electrical Pension Fund v. Bank of America Corp., No. 1:14-cv-07126* (S.D.N.Y.), an action challenging collusion in the setting of ISDAfix, a global benchmark used to value interest rate derivatives, and *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 1:13-cv-07789 (S.D.N.Y.).

Previously, Mr. Goldberger was active in Scott+Scott's securities fraud and ERISA practice, including *In re: Priceline.com Securities Litig.*, 03-cv-1884 (D. Conn.) ($80 million settlement), *Alaska Electrical Pension Fund v. Pharmacia Corp.*, No. 03-1519 (D.N.J.) ($164 million settlement), and *In re: General Motors ERISA Litig.*, No. 05-71085 (E.D. Mich.) (resulting in significant enhancements to retirement plan administration in addition to $37.5 million settlement for plan participants).

Mr. Goldberger was also a founding member of Scott+Scott's institutional investor relations team, providing the firm's many institutional clients with assistance in various matters pertaining to their involvement in complex civil litigations as well as assisting institutional clients in submitting eligible claims in those actions.

A lifelong resident and native of San Diego, Mr. Goldberger was an instituting member of the Torrey Pines High School "Friends of the Library" and coaches local youth sports in his spare time.



# JOSEPH P. GUGLIELMO

## PRACTICE EMPHASIS

Joseph P. Guglielmo represents institutional and individual clients in securities, antitrust, and consumer litigation in federal and state courts throughout the United States

## ADMISSIONS

**States of New York and Massachusetts; District of Columbia; United States Supreme Court; United States Court of Appeals:** First, Second, Third, Eighth and Ninth Circuits; **United States District Court:** Southern and Eastern Districts of New York, Districts of Massachusetts, Connecticut, and Colorado, Northern district of Illinois, Eastern District of Wisconsin

## EDUCATION

**Catholic University of America** (J.D., 1995; B.A., cum laude, 1992; Certificate of Public Policy)

## HIGHLIGHTS

Mr. Guglielmo is a partner in the firm's New York office and was recognized for his efforts representing New York University in obtaining a monumental temporary restraining order of over $200 million from a Bernard Madoff feeder fund. Specifically, New York State Supreme Court Justice Richard B. Lowe III stated, "Scott+Scott has demonstrated a remarkable grasp and handling of the extraordinarily complex matters in this case. The extremely professional and thorough means by which NYU's counsel has litigated this matter has not been overlooked by this Court."

Mr. Guglielmo serves in a leadership capacity in a number of complex antitrust and consumer actions, including: *In Equifax, Inc. Customer Data Security Breach Litig.*, No. 1:17-md-2800 (N.D. Ga.), co-lead counsel, claims on behalf of financial institutions involving data breach of personal and financial information of approximately 150 million consumers, *In Re: American Airlines Federal Credit Union v Sonic Corp.*, Case No., CIV-19-208G (N.D. Ohio.), Plaintiffs' Executive Committee, claims on behalf of financial institutions involving data breach of financial information of approximately five million consumers and *Arkansas Federal Credit Union v. Hudson Bay*, 1:19-cv-4492-PKC (S.D.N.Y.), Lead Counsel, claims on behalf of financial institutions arising of data breach involving over five million payment cards. *In Re: Disposable Contact Lens Antitrust Litig.*, No. 3:15-md-2626 (M.D. Fla.), co-lead counsel, claims on behalf of a class of contact lens purchasers alleging violations of the antitrust laws, *Forth v. Walgreen Co, Inc.*, No. 1:17-cv-02246 (N.D. Ill.), lead counsel, asserting claims on behalf of class of consumers alleging overcharge for medically necessary, covered prescription drugs. Mr. Guglielmo is also actively involved in *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 1:13-cv-07789-LGS (S.D.N.Y), which involves claims on behalf of purchasers of foreign exchange instruments alleging violations of federal antitrust laws.

Mr. Guglielmo has achieved significant victories and obtained numerous settlements for his clients. Mr. Guglielmo was co-lead counsel in *In re The Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 2583 (N.D. Ga.), where a $27.25 million settlement was obtained on behalf of financial institutions involving a data breach and the theft of the personal and financial information of over 40 million credit and debit card holders. Mr. Guglielmo is counsel in *First Choice Federal Credit Union v. The Wendy's Company*, No. 16-cv-00506 (W.D. Pa.), where a $50 million settlement was obtained. He is also co-lead counsel in *Veridian Credit Union v. Eddie Bauer LLC*, Case No. 2:17-CV-00356-JLR (W.D. Wa.), where a settlement valued at approximately $9.8 million was recently obtained. Previously, Mr. Guglielmo also a member of the Plaintiffs' Steering Committee in *In re Target Corporation Customer Data Security Breach Litig.*, MDL No. 2522 (D. Minn.), where a $59 million settlement was obtained on behalf of financial institutions involving data breach of personal and financial information of approximately 110 million credit and debit cardholders. Mr. Guglielmo was also lead counsel in *Winsouth Credit Union v. Mapco Express Inc.*, No.: 3:14-cv-1573 (M.D. Tenn.), which achieved the largest dollar-per-card recovery on behalf of financial institutions



# ATTORNEY BACKGROUND/ EXPERIENCE

involving data breach of credit and debit card information. Mr. Guglielmo was one of the principals involved in the litigation and settlement of *In re Managed Care Litig.*, MDL No. 1334 (S.D. Fla.), which included settlements with Aetna, CIGNA, Prudential, Health Net, Humana, and WellPoint, providing monetary and injunctive benefits exceeding $1 billion.

Additional cases Mr. Guglielmo played a leading role and obtained substantial recoveries for his clients include: *Love v. Blue Cross and Blue Shield Ass'n*, No. 03-cv-21296 (S.D. Fla.), which resulted in settlements of approximately $130 million and injunctive benefits valued in excess of $2 billion; *In re Insurance Brokerage Antitrust Litig.*, MDL No. 1897 (D.N.J.), settlements in excess of $180 million; *Valle v. Popular Community Bank*, No. 653936/2012 (N.Y. Supreme Ct.), $5.2 million settlement on behalf of consumers, *In re Pre-Filled Propane Tank Marketing and Sales Practices Litig.*, MDL No. 2086 (W.D. Mo.), consumer settlements in excess of $40 million; *Bassman v. Union Pacific Corp.*, No. 97-cv-02819 (N.D. Tex.), $35.5 million securities class action settlement; *Garcia v. Carrion*, No. CV. 11-1801 (D. P.R.), substantial corporate governance reforms; *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates*, No. 09-cv-00037 (W.D. Wash.), $26 million securities class action settlement, *Murr v. Capital One Bank (USA)*, N.A., No. 13-cv-1091 (E.D. Va.), $7.3 million settlement pending on behalf of class of consumers who were misled into accepting purportedly 0% interest offers, and *Howerton v. Cargill, Inc.*, No. 13-cv-00336 (D. Haw.), $6.1 million settlement obtained on behalf of class of consumers who purchased Truvia, purported to be deceptively marketed as "all-natural." Mr. Guglielmo was the principle litigator and obtained a significant opinion from the Hawaii Supreme Court in *Hawaii Medical Association v. Hawaii Medical Service Association*, 113 Hawaii 77 (Haw. 2006), reversing the trial court's dismissal and clarifying rights for consumers under the state's unfair competition law.

Mr. Guglielmo lectures on electronic discovery and was a member of the Steering Committee of Working Group 1 of the Sedona Conference®, an organization devoted to providing guidance and information concerning issues such as discovery and production issues, as well as areas focusing on antitrust law, complex litigation, and intellectual property. He is a frequent speaker on electronic discovery issues at the Sedona Conference as well as the Advanced eDiscovery Institute at Georgetown University Law Center. Mr. Guglielmo was also recognized for his achievements in litigation by his selection to The National Law Journal's "Plaintiffs' Hot List." In 2019, Mr. Guglielmo was recognized by Super Lawyers as a top Antitrust lawyer in the New York metro area, was named by Who's Who Legal Litigation: Leading Practitioner-E-Discovery (2019), and was named by Lawdragon as one of the 500 Leading Plaintiff Financial Lawyers.

Mr. Guglielmo is also a member of the following associations: District of Columbia Bar Association, New York State Bar Association, American Bar Association, The Sedona Conference®, and a Board Member on the Advanced eDiscovery Institute at Georgetown University Law Center.



# STEPHANIE HACKETT

## PRACTICE EMPHASIS

Stephanie Hackett primarily practices in the area of antitrust litigation on behalf of classes and individual plaintiffs.

## ADMISSIONS

**State of California; United States District Court:** Southern District of Iowa

## EDUCATION

**University of Iowa College of Law** (J.D., with distinction, 2005)
**University of Iowa** (B.S., Political Science, International Business Certificate, 2001)

---

## HIGHLIGHTS

Ms. Hackett is an associate in Scott+Scott's San Diego office and has represented class plaintiffs in *Dahl v. Bain Capital Partners, LLC*, No. 1:07-cv-12388 (D. Mass.) ($590.5 million settlement) and *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Ltd. Co.*, No. 12-3824 (E.D. Pa.) ($8 million settlement). She represented corporate opt-out clients in *In re Polychloroprene Rubber (CR) Antitrust Litig.*, MDL No. 1642 (D. Conn.); and *In re Plastics Additives (No. II) Antitrust Litig.*, MDL No. 1684 (E.D. Pa.).

Ms. Hackett's current cases include representing class plaintiffs in *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 1:13-cv-07789 (S.D.N.Y.), an action challenging collusion regarding foreign exchange rates, and *Alaska Electrical Pension Fund v. Bank of America Corp.*, No. 1:14-cv-07126 (S.D.N.Y.), an action challenging collusion regarding the setting of the ISDAfix benchmark interest rate. Ms. Hackett also represents corporate opt-out clients in *In re: Aluminum Warehousing Antitrust Litig.*, MDL No. 2481 (S.D.N.Y.), a case challenging collusion regarding the spot metal price of physically delivered aluminum.

While in law school she was a recipient of the Willard L. Boyd Public Service Distinction award. While obtaining her law degree, Ms. Hackett worked as a judicial extern for the Honorable Celeste F. Bremer. In addition to her legal education, Ms. Hackett has engaged in accounting study and passed all four parts of the CPA exam. This background has proved particularly useful in cases involving the financial services industry.

As a part of her pro bono work, Ms. Hackett has worked with the San Diego Volunteer Lawyer Program, providing assistance to immigrant victims of domestic violence, and the ABA Immigration Justice Project, where she obtained a grant of asylum on behalf of her client.

Ms. Hackett is an active member of the American Bar Association's Antitrust Section and the San Diego La Raza Lawyers Association.



# CARLEY HENEK

## PRACTICE EMPHASIS
Carley Henek's practice focuses on complex antitrust litigation and class actions.

## ADMISSIONS
States of New York and California; All Federal Courts in New York and California

## EDUCATION
**St. John's School of Law** (J.D., 2001); **State University of New York, Albany** (B.S., Human Biology)

## HIGHLIGHTS
Ms. Henek is an attorney in Scott+Scott's San Diego office and has extensive state and federal court experience litigating against and representing major U.S. and international corporations and individual clients in all phases of the litigation process.

# JAMES HAIN-COLE

## PRACTICE EMPHASIS
James Hain-Cole specialises in competition damages litigation and has extensive international experience advising on multijurisdictional antitrust matters.

## ADMISSIONS
England and Wales

## EDUCATION
**De Montfort University** (BASL DMU Postgraduate Certificate in Sports Law, Merit, 2015); **BPP Law School** (Graduate Diploma in Law, 2008 and Legal Practice Course, 2009) **University of St. Andrews** (MA Modern History and International Relations, First Class Honours, 2006)

## HIGHLIGHTS
Mr. Hain-Cole is located in Scott+Scott's London office and works with the firm's Antitrust and Competition Practice in advising international clients on their potential to claim damages arising from anticompetitive conduct and working with them to design an effective strategy to compensate them for losses arising from such conduct. He also has experience in commercial arbitration and general commercial litigation.

Prior to working with Scott+Scott, Mr. Hain-Cole spent two and a half years at Cuatrecasas in Madrid, where he advised on competition damages claims before the courts of Spain, England and Italy and also formed part of the team that drafted the legal section of the *Study on the Passing-on of Overcharges* for the European Commission. Prior to that, Mr. Hain-Cole spent six years in the London office of Freshfields Bruckhaus Deringer LLP, where he advised clients in some of the leading competition damages before the English courts and tribunals, including *Deutsche Bahn AG and others v Morgan Advanced Materials Plc* and *Cooper Tire and Rubber Company Europe Ltd and others v. Dow Deutschland Inc and others.* He also acted for a major financial institution in competition law investigations before the European Commission and other competition regulators worldwide, including in the North America and Asia.

James also has professional proficiency in Spanish.



# BELINDA HOLLWAY

## PRACTICE EMPHASIS

Belinda Hollway has over 15 years of competition law experience, and specialises in competition damages litigation.

## ADMISSIONS

English High Court; Competition Appeal Tribunal; Court of Appeal
Admitted to practice in England and Wales and in New South Wales, Australia

## EDUCATION

**Australian National University** (First-class Honours: History, First-class Honours and University Medal: Law, 2001);
**Kings College London** (Masters in Competition Law, 2008)

---

## HIGHLIGHTS

Ms. Hollway is the head of Scott+Scott Europe LLP's London office and has extensive expertise in developing and coordinating multijurisdictional litigation strategies, both within Europe and beyond. She is currently acting for UK and multinational businesses in claims against Mastercard and Visa in relation to interchange fees. She is also acting for clients seeking to recoup losses suffered as a result of the manipulation by leading banks of the foreign exchange market.

Prior to joining Scott+Scott, Belinda spent nine years in the London office of Freshfields Bruckhaus Deringer LLP. She represented clients across a wide range of industries, acting in many of the leading English competition damages cases, such as *Cooper Tire*, relating to the synthetic rubber cartel, and *National Grid v. ABB*, relating to the cartel in gas insulated switchgear. She was the lead associate on the defence team in *Enron v. EWS*, which was the first follow-on damages claim ever to reach trial in the Competition Appeal Tribunal. Her wide experience on the defence side gives her a special insight into the issues that claimants must address and overcome in order to recoup losses stemming from breaches of competition law in Europe.

Belinda has also acted for numerous clients in competition law investigations, both internal investigations and those brought by the UK Office of Fair Trading (now the Competition and Markets Authority) and the European Commission. She has been involved in immunity applications, Commission cartel settlements, and contested cases. From this work, she has an in-depth understanding of the interaction between private and public enforcement in Europe and the ramifications that public enforcement has for the strategy and progression of damages claims.

After law school Belinda spent a year as an Associate to Her Honour Justice Catherine Branson at the Federal Court of Australia and then worked for the competition and litigation teams of Allens Arthur Robinson in Sydney, prior to moving to the United Kingdom in 2006.

She has published on competition law issues, including in relation to the EU Damages Directive and has been quoted in the press on competition law in Europe. She is regularly invited to speak at conferences and competition litigation issues.



# ATTORNEY BACKGROUND/ EXPERIENCE

# DAVID HOWE

## PRACTICE EMPHASIS

David Howe is a competition, EU, and public lawyer.

## ADMISSIONS

England and Wales

## EDUCATION

**Kings College London** (LL.M in European Law, 2009); **University of Oxford** (BCL, 2005 with distinction; Law and French Law, 2003 - First Class Honours - top 3%)

---

## HIGHLIGHTS

Mr. Howe is a senior consultant for Scott+Scott Europe LLP. He trained at Freshfields Bruckhaus Deringer LLP and, after qualification, spent a further eight years in the competition and dispute resolution teams there.

David has acted for a range of multinational clients on the full spectrum of competition investigations (UK and internationally) litigation and advice. He has conducted competition damages claims in the English High Court, Court of Appeal and Competition Appeal Tribunal, and also appeared in the European Court of Justice. He acted for *Roche* on its defence of litigation arising out of the Vitamins cartel (including in the Devenish litigation, which ruled on the availability of restitutionary and exemplary damages in follow-on claims) and, for *EWS* in its defence of claims brought by the administrators of Enron for damage following EWS' abuse of dominance (the first follow-on damages action to go to trial in the Competition Appeal Tribunal). More recently, he has acted for several retailers with claims against Visa and Mastercard in relation to the imposition of interchange fees. He also has a working knowledge of the collective action regime under the Consumer Rights Act 2015 and experience working with third party funders. He has published several articles on competition law.

David also has significant wider expertise, including in bribery, public and regulatory law, and human rights matters. For instance, he was the lead associate co-ordinating a multi-jurisdictional regulatory and public law strategy for a major consumer products company, and has acted on a number of judicial reviews for a range of clients, including (as lead associate) on a significant judicial review of the lawfulness of domestic consumer products legislation, relying primarily on EU free movement and human rights grounds. In addition to "classic" human rights claims, David also has expertise in the evolving body of hard and soft law arising out of the UN "Ruggie Principles" on Business and Human Rights, having assisted a major technology company on a full Ruggie-compliant assessment of, and mitigation strategy for, a new project.



# SCOTT JACOBSEN

## PRACTICE EMPHASIS

Scott Jacobsen practices in the areas of shareholder derivative actions, securities class action litigation, and other complex litigation.

## ADMISSIONS

**States of New York and New Jersey; United States District Court:** Southern District of New York,

## EDUCATION

**William & Mary Law School,** (J.D., 2014); **The George Washington University** (B.A., English, magna cum laude; M.A., English)

## HIGHLIGHTS

Mr. Jacobsen is an associate in Scott+Scott's New York office and has primarily focused on securities and derivative litigation, including investigation of corporate books and records to evaluate potential claims on behalf of shareholders. Cases include *International Union of Operating Engineers Local No. 478 Pension Fund v. McInerney, C.A.* No. 11901-VCN (Del. Ch. Jan 13, 2016) (derivatively on behalf of Genworth Financial Inc.); *Carlson v. Dipp*, No. 1:15-cv-14032 (D. Mass. Dec. 7, 2015) (securities class action); *Fernicola v. Hugin, C.A.* No. 11748-VCMR (Del. Ch. Nov. 24, 2015) (derivatively on behalf of Celgene Corp.); *Feldman v. Kulas, C.A.* No. 11614-VCG (Del. Ch. Oct. 15, 2015) (derivatively on behalf of Santander Consumer USA Holdings Inc.); *Fortunato v. Akebia Therapeutics, Inc.*, No. 1:15-cv-13501 (D. Mass. Oct. 5, 2015) (securities class action).

During law school, Mr. Jacobsen externed at the American Civil Liberties Union of Virginia and served as a staff member for the William & Mary Bill of Rights Journal. He is also a member of the following professional associations: ABA Business Section and ABA Young Lawyers Division.

# JEFFREY P. JACOBSON

## PRACTICE EMPHASIS

Jeffrey P. Jacobson is a litigation associate specializing in federal securities litigation.

## ADMISSIONS

**State of New York; United States Court of Appeals:** Second Circuit; **United States District Courts:** Southern and Eastern Districts of New York; **United States Court of Appeals**

## EDUCATION

**George Washington University Law School** (J.D., High Honors, Order of the Coif, 2017)

## HIGHLIGHTS

Mr. Jacobson is an associate in our New York office where he focuses on federal securities litigation. Prior to joining Scott+Scott, Jeff was a litigation associate at a major international law firm where he represented clients in securities cases, bankruptcy proceedings, and antitrust matters, and advised clients on employment matters.



# JOHN T. JASNOCH

## PRACTICE EMPHASIS

John Jasnoch's practice areas include securities and antitrust class actions, shareholder derivative actions, and other complex litigation.

## ADMISSIONS

State of California; **United States Court of Appeals:** Ninth Circuit; **United States District Court:** Southern, Central, and Northern Districts of California

## EDUCATION

**University of Nebraska, College of Law** (J.D., 2011); **Creighton University** (B.A., Political Science and International Relations, cum laude, 2007)

## HIGHLIGHTS

Mr. Jasnoch is a partner in the San Diego office. He represents clients in complex litigations in state and federal courts across the county.

Mr. Jasnoch has been counsel of record in numerous successful cases where Scott+Scott served in a leadership capacity, including: *In re LendingClub Corp. Shareholder Litig.*, No. CIV537300 (Cal. Super. Ct. San Mateo Cty) ($125 million federal and state settlement); *In re King Digital Entertainment plc Shareholder Litig.*, No. CGC-15-544770, (Cal. Super. Ct. San Francisco Cty.) ($18.5 million settlement); *In re FireEye, Inc. Securities Litig.*, Case No. 1:14-cv-266866 (Cal. Super. Ct. Santa Clara Cty.) ($10.3 million settlement); *In re Pacific Coast Oil Trust Securities Litig.*, Case No. BC550418 (Cal. Super. Ct. Los Angeles Cty.) ($7.6 million settlement); and *In re MobileIron, Inc., Shareholder Litig.*, Case No. 1-15-284001 (Cal. Super. Ct. Santa Clara Cty) ($7.5 million settlement).

In 2015, Mr. Jasnoch was a member of the trial team in *Scorpio Music S.A. v. Victor Willis*, (No. 11-cv-1557 (S.D. Cal.)) a landmark copyright jury trial concerning the copyright ownership of hit songs by The Village People. In that suit, Scott+Scott client and Village People lyricist Victor Willis obtained a declaratory judgment confirming his copyright termination and giving him a 50% copyright interest in "YMCA" and compositions.



**SCOTT + SCOTT** | ATTORNEYS AT LAW LLP

# GEOFFREY M. JOHNSON

## PRACTICE EMPHASIS

Geoffrey M. Johnson's practice focuses on shareholder derivative, corporate governance, and securities class action litigation.

## ADMISSIONS

**United States District Court:** Northern and Southern Districts of Ohio, Eastern District of Michigan and Western District of Texas; **United States Court of Appeals:** Second, Third, Sixth, Seventh, Eighth and Ninth; **State Supreme Courts:** Ohio

## EDUCATION

**University of Chicago Law School** (J.D., with Honors, 1999); **Grinnell College** (B.A., Political Science, with Honors, 1996)

## HIGHLIGHTS

Mr. Johnson is a partner in the Ohio office and active in the firm's settlement and appellate practice groups. He has served as lead or co-lead counsel in several securities class action cases brought under Section 11 of the Securities Act of 1933, including *In re King Digital Entertainment plc S'holder, Litig.*, No. 15-544770 (Superior Court of California, San Francisco County), a shareholder lawsuit that settled for $18.5 million after suriving two separate motions to dismiss, and **Rosenberg v. Cliffs Natural Resources, Inc.,** No. 14-1531 (Court of Common Pleas, Cuyahoga County, Ohio), a shareholder lawsuit that settled for $10 million after the firm had engaged in extensive litigation and motion practice.

Mr. Johnson has been active in the firm's mortgage-backed securities litigation practice, serving as lead or co-lead counsel in mortgage-backed securities class action cases: *In re Washington Mutual Mortgage-Backed Securities Litig.*, 2:09-cv-00037 (W. D. Wash.) and **Putnam Bank v. Countrywide Financial**, *Inc.*, No. 10-cv-302 (C.D. Cal.). Mr. Johnson also helped develop the theories that the firm's pension fund clients have used to pursue class action cases against mortgage-backed security trustees. – *Retirement Board of the Policemen's Annuity & Benefit Fund of the City of Chicago v. Bank of New York Mellon* No. 11-cv-05459 (S.D.N.Y.); and *Oklahoma Police Pension & Retirement System v. U.S. Bank NA* No. 11-cv-8066 (S.D.N.Y.).

Mr. Johnson has also served as lead or co-lead counsel in other major securities and ERISA cases, including: *In re Royal Dutch/Shell Transport ERISA Litig.*, No. 04-1398 (D.N.J.), which settled for $90 million and is one of the three largest recoveries ever obtained in an ERISA class action case; *In re Priceline Securities Litig.*, 00-cv-1884 (D. Conn.), which settled for $80 million and is the largest class action securities settlement ever obtained in the State of Connecticut; and *In re General Motors ERISA Litig.*, 05-cv-71085 (E.D. Mich.), a case that settled for $37.5 million and ranks among the largest ERISA class settlements ever obtained.

Prior to joining Scott+Scott, Mr. Johnson clerked for the Honorable Karen Nelson Moore, United States Court of Appeals for the Sixth Circuit.



**SCOTT + SCOTT** ATTORNEYS AT LAW LLP

# BETH KASWAN

## PRACTICE EMPHASIS

Ms. Kaswan specializes in class action litigation including for securities fraud and other complex financial matters.

## ADMISSIONS

**States of New York and Massachusetts; United States Court of Appeals:** First, Second, Fifth, Sixth, Seventh, and Ninth Circuits; **United States District Court:** Southern and Eastern Districts of New York, Northern District of Illinois and Eastern District of Wisconsin

## EDUCATION

**Boston College** (J.D. 1976); **University of Miami** (Bachelor of Business Administration, 1973)

## HIGHLIGHTS

Ms. Kaswan has been practicing law for over 40 years and is a partner in the firm's New York office. During her tenure as an Assistant U.S. Attorney in the U.S. Attorney's Office for the Southern District of New York, including with respect to her promotions to Chief of the Commercial Litigation Unit and Deputy Chief of the Civil Division, Ms. Kaswan handled a number of complex fraud actions against major U.S. contractors and served as lead counsel in litigation to enjoin the manufacture of adulterated generic drugs in the landmark case *United States v. Barr Laboratories, Inc.*, 812 F. Supp. 458 (D.N.J. 1993). Ms. Kaswan, who began her career as an accountant at the offices of Peat, Marwick, Mitchell & Co., and then worked as a civil trial attorney in the tax division of the U.S. Department of Justice in Washington, D.C., is the recipient of several awards from the Justice Department and other agencies she represented, including the Justice Department's John Marshall award, Special Commendation from the Attorney General, an award from the Executive Office of U.S. Attorneys, Tax Division Outstanding Achievement awards, and awards from the FDA and U.S. Customs Service.

While at Scott+Scott, Ms. Kaswan served as lead counsel in *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass Through Certificates*, No. 09-cv-00037 (W.D. Wa.), the WaMu RMBS Section 11 Securities Act case which settled after plaintiffs succeeded in defeating the defendants' motion for summary judgment, only weeks before it was scheduled to proceed to a jury trial. Ms. Kaswan participated in the nine-week trial in *In the Matter of the Application of The Bank of New York Mellon*, Index No. 651786/2011 (N.Y. Supr. Ct.) in which she and other interveners challenged the proposed settlement between Bank of New York Mellon and Bank of America to resolve repurchase and servicing claims for 530 Countrywide trusts. She and others settled federal and state law claims against the Securitization Trustees for WaMu and Bear Stearns Trusts in *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, N.A.*, No. 12-cv-2865 (S.D.N.Y.) and *Oklahoma Police Pension and Retirement System v. U.S. Bank N.A.*, No. 11-cv-8066 (S.D.N.Y.), respectively.

Ms. Kaswan brought a derivative suit on behalf of New York University against Ezra Merkin to freeze funds belonging to a feeder fund to Bernard Madoff. She also served as lead counsel to another shareholder derivative case, *Carfagno v. Schnitzer*, No. 08-CV-912-SAS (S.D.N.Y.), where she successfully negotiated a settlement on behalf of Centerline Holding Company and Centerline shareholders. Ms. Kaswan has served as lead counsel in *Cornwell v. Credit Suisse Group*, No. 08-cv-3758 (S.D.N.Y.) and In re Tetra Technologies, Inc. Securities Litig., No. 08-cv-0965 (S.D. Tex.), among others.

Ms. Kaswan is a member of the New York and Massachusetts bars and has been named a "Super Lawyer" from 2011-2019.

 

# THOMAS LAUGHLIN

## PRACTICE EMPHASIS

Thomas Laughlin's practice focuses on securities class action, shareholder derivative, ERISA and other complex commercial litigation.

## ADMISSIONS

State of New York; United States Court of Appeals: Second, Third, Ninth, and Eleventh Circuits; United States District Court: Southern and Eastern Districts of New York, Northern District of Florida. District of Columbia and Eastern DIstrict of Michigan

## EDUCATION

New York University School of Law (J.D., cum laude, 2005); Yale University (B.A. History, cum laude, 2001)

## HIGHLIGHTS

Mr. Laughlin is a partner in the New York office and focuses on securities class action, shareholder derivative, ERISA and other complex commercial litigation. After graduating from law school, Mr. Laughlin clerked for the Honorable Irma E. Gonzalez, United States District Court Judge for the Southern District of California.

While at Scott+Scott, Mr. Laughlin has worked on several cases that have achieved notable victories, including *Cornwell v. Credit Suisse*, No. 08-3758 (S.D.N.Y.) (securities settlement of $70 million), *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million) *Plymouth County Contributory Ret. Sys. v. Hassan*, No. 08-1022 (D.N.J.) (corporate governance reform); and *Garcia v. Carrion*, No. 09-1507 (D.P.R.) (corporate governance reform).

Mr. Laughlin also has significant appellate experience, having represented clients in connection with several appellate victories, including *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013); *Westmoreland County Employee Retir. Sys. v. Parkinson*, 727 F.3d 719 (7th Cir. 2013); *Pfeil v. State Street Bank and Trust Co.*, 671 F.3d 585 (6th Cir. 2012); *and King v. VeriFone Holdings, Inc.*, 12 A.3d 1140 (Del. Supr. 2011).

In 2014, Mr. Laughlin was co-chair of a 13-day bench trial in *Bankers' Bank Northeast v. Berry, Dunn, McNeil & Parker, LLC*, No. 12-cv-00127 (D. Me.). He represented a consortium of 10 community banks asserting negligence and professional malpractice claims against the former officers and directors of a bank and its auditor in connection with an $18 million loan made to that bank in September 2008. Among other things, Mr. Laughlin conducted the cross-examination of all three witnesses from the defendant's auditing firm and the direct examination of plaintiff's auditing expert. The parties to the action succeeded in resolving the action after trial.



# ATTORNEY BACKGROUND/ EXPERIENCE

# AMANDA F. LAWRENCE

## PRACTICE EMPHASIS

Amamda Lawrence's practice splits her time between antitrust and securities matters.

## ADMISSIONS

States of Connecticut and Massachusetts; United States Court of Appeals: First and Ninth Circuits; United States District Court: Southern District of New York, Connecticut and Massachusetts

## EDUCATION

Yale Law School (J.D.2002); Dartmouth College College (B.A., cum laude, 1998)

---

## HIGHLIGHTS

Ms. Lawrence is a partner in our Connecticut office. In the antitrust realm, Ms. Lawrence currently serves as co-lead counsel in the matter, *In re: GSE Bonds Antitrust Litigation*, 1:19-cv-01704-JSR (S.D.N.Y.) which alleges manipulation of the prices in the $550 billion government sponsored entities bond market. Ms. Lawrence was also intricately involved in the "ISDAFix case" – *Alaska Electrical Pension Fund v. Bank of America*, 1:14-cv-07126-JMF-OTW (S.D.N.Y), taking depositions and working through expert discovery, including numerous Daubert motions and responses. That case has to date achieved over $504.5 million in recovery from large financial institutions for investors. She likewise has managed complex international investigations into suspected collusion or manipulation of financial markets. For example, she devoted herself to the international investigation of SSA bonds, which included multiple interviews with former managers of trading banks as well as extensive work with New York University professors to analyze trading data and unearth manipulation.

In her securities practice, Ms. Lawrence has worked on numerous Exchange Act and 1933 Act cases that have resulted in substantial settlements, including: *Police and Fire Retirement System of the City of Detroit v. Crane*, No. 13-cv-00945-VC (N.D. Cal.) ($5.1 million settlement); *Rosenberg v. Cliffs Natural Resources, Inc.*, No. CV-14-828140 (Ohio Com. Pleas) ($10 million settlement in 1933 Act case); *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million); *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates*, No. 09-cv-00037 (W.D. Wash.) ($26 million securities class action settlement); *In re TETRA Technologies, Inc. Securities Litig.*, No. 07-cv-00965 (S.D. Tex.) ($8.25 million securities class action settlement); *In re LendingClub Corporation Shareholder Litig.*, No. CIV 537300 (Cal. Super., San Mateo) ($125 million securities class action settlement); and *In Re: FireEye, Inc. Securities Litig.*, No. 1-14-cv-066866 (Cal. Super., Santa Clara) ($10.25 million securities class action settlement).

In addition to antitrust and securities matters, Ms. Lawrence has also worked on consumer cases that have resulted in significant settlements for the affected classes. For example, Ms. Lawrence helped achieve a settlement in the *The Vulcan Society, Inc. v. The City of New York*, No. 07-CV-2067 (E.D.N.Y.) that brought both monetary and injunctive relief to a class of African American and Hispanic firefighters in New York City, as well as a settlement in In re *Prudential Insurance Company of America SGLI/VGLI Contract Litig.*, No. 3:11-md-02208-MAP (D. Mass.) that brought both forms of relief to relatives of deceased servicemen and women.



ATTORNEY
BACKGROUND/
EXPERIENCE

# YIFAN ("KATE") LV

## PRACTICE EMPHASIS

Kate Lv's practice focuses on prosecuting antitrust actions with an emphasis on intercultural cartels.

## ADMISSIONS

Ms. Lv is a member of the California, New York, and China Bars.

## EDUCATION

William & Mary School of Law (J.D., 2014); Peoples University of China, Beijing, China, (Master in Law, 2010); Tianjin University of Commerce, Tianjin, China, (Dual Bachelors in Law and Economics, 2008)

---

## HIGHLIGHTS

Ms. Lv is an associate in Scott+Scott's San Diego office and represents plaintiffs in *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 13-cv-7789 (S.D.N.Y), challenging foreign-exchange market manipulation by many global financial institutions.

Ms. Lv also represents and advises the firm's Asian clients and is bilingual – speaking fluent Chinese and English.

 **ATTORNEY BACKGROUND/ EXPERIENCE**

# CIAN MANSFIELD

## PRACTICE EMPHASIS

Cian Mansfield is a commercial litigator who specialises in competition damages litigation.

## ADMISSIONS

**England and Wales** (including Higher Rights of Audience); **Republic of Ireland.**

## EDUCATION

**King's College London** (Postgraduate Diploma in Competition Law, 2014); **University of Cambridge** (LL.M, 2009); **University College Dublin** (Bachelor of Civil Law, 2007, First Class Honours - including exchange year at the **University of Lausanne in Switzerland**). Following his LL.M he completed a five-month stage (internship) at the **Legal Service of the European Commission in Brussels.**

---

## HIGHLIGHTS

Mr. Mansfield is a senior associate in Scott+Scott Europe LLP's London office and is currently acting as lead associate for: retailers in their claims in the English High Court against Visa and Mastercard in relation to anti-competitive interchange fees; a solar energy business in a dispute against their former CEO; and a number of potential claimants in follow-on damage actions arising from the Trucks cartel.

Prior to joining Scott+Scott Europe LLP, Cian spent over six years in the London office of Freshfields Bruckhaus Deringer LLP. During his time at Freshfields, Cian worked on a number of competition damages claims arising from European Commission infringement decisions in relation to a number of cartels. He also acted in a number of investigations, both internal investigations and those brought by international regulators (including the European Commission and the Competition and Markets Authority), particularly in the financial services sector, and on pieces of general commercial litigation.

Cian also has extensive pro bono experience. He currently acts as an advocate on behalf of failed and pending asylum seekers at the Asylum Support Tribunal as a member of the charity, the Asylum Support Appeals Project. While at Freshfields, Cian worked on UK Supreme Court interventions for the Office of the Children's Commissioner and the Open Society Justice Initiative.



**ATTORNEY BACKGROUND/ EXPERIENCE**

# RUTH MANSON

## PRACTICE EMPHASIS

Ruth Manson specialises in commercial and competition damages litigation.

## ADMISSIONS

England and Wales

## EDUCATION

**University of Cambridge** (Law BA, 2015)

## HIGHLIGHTS

Ms. Manson is an associate in Scott+Scott Europe LLP's London office. She specialises in commercial and competition litigation. With a background in commercial disputes, she has worked on a variety of litigation matters representing multinational corporations from the transport and construction sectors. She is currently working as part of the firm's Antitrust and Competition Practice advising a number of retailers regarding claims against Visa and Mastercard in respect of anti-competitive interchange fees, and working with numerous clients assessing potential claims arising from the manipulation of the foreign exchange market.

Prior to joining Scott+Scott Europe LLP, Ruth completed her traineeship at a major UK law firm in London. During her traineeship, Ruth worked on a number of large-scale litigations including a multi-million pound breach of contract claim and acted on behalf of a Part 20 Defendant in the on-going *Air Cargo* cartel litigation.



# ATTORNEY BACKGROUND/ EXPERIENCE

# SEAN T. MASSON

## PRACTICE EMPHASIS

Focusing his litigation efforts on mass tort, class action, and complex commercial cases, Mr. Masson represents institutional investors, government entities and consumers around the country. Currently, he is one of the lead attorneys in the firm prosecuting pharmaceutical companies and distributors for their role in the marketing and overprescribing of highly addictive opioid painkillers.

## ADMISSIONS

**State of New York; United States District Court:** Southern and Eastern Districts of New York, Eastern District of Wisconsin

## EDUCATION

**Hofstra University School of Law** (J.D., cum laude, 2009); **Queens College** (B.A., summa cum laude, 2006)

## HIGHLIGHTS

Super Lawyers has named Mr. Masson a Rising Star for five consecutive years (2015-2019) for his work as a class action litigator. Prior to entering the private sector, Mr. Masson served as an Assistant District Attorney in the Manhattan DA's Office, successfully arguing over 40 appeals in state and federal courts and gaining extensive experience with large-scale government and regulatory investigations. Notable cases include: *People v. McKelvey* (upheld 75-year sentence for serial rapist preying on homeless women); *People v. Chance* (creating precedential law on issue of first impression regarding the disposal of stolen property under N.Y. Penal Law); and *People v. Espinal* (affirming murder-for-hire and conspiracy convictions for high ranking member of a large-scale cocaine trafficking operation).

During law school, Mr. Masson served as the Senior Notes and Comments Editor of the Hofstra Law Review and won the 1L Excellence in Torts award.

Mr. Masson's publications include: The Presidential Right of Publicity, 2010 BOSTON COLLEGE INTELLECTUAL PROPERTY & TECHNOLOGY FORUM 012001 and Note, Cracking Open the Golden Door: Revisiting U.S. Asylum Law's Response To China's One-Child Policy, 37 HOFSTRA LAW REVIEW 1135 (2009).



ATTORNEY BACKGROUND/ EXPERIENCE

# LAUREN MCCABE

## PRACTICE EMPHASIS

Lauren McCabe's practice focuses on securities class actions.

## ADMISSIONS

State of New York

## EDUCATION

**New York University Law School** (J.D., 2008), **Pepperdine University** (B.A., 2005, summa cum laude)

---

## HIGHLIGHTS

Ms. McCabe is a senior associate in Scott+Scott's New York office. Prior to joining Scott+Scott, Lauren was a litigation associate at a major international law firm where she represented clients in high stakes trials, securities class actions, breach of fiduciary duty cases, antitrust matters, and employment matters.

Ms. McCabe is the primary associate on the teams prosecuting the securities class actions *Castronovo v. Dentsply Sirona Inc.*, Index No. 155393/2018 (Sup. Ct. N.Y.), *Kirkland v. WideOpenWest, Inc.*, Index No. 653248/2018 (Sup. Ct. N.Y.), and *Silverberg v. DryShips Inc.*, No. 2:17-cv-4547-SJF-ARL (E.D.N.Y.).

Ms. McCabe's publications include: *Justice Holland's Lasting Imprint on Corporate Law*, DELAWARE BUSINESS COURT INSIDER (March 14, 2017).



# PATRICK MCGAHAN

## PRACTICE EMPHASIS

Mr. McGahan specializes in antitrust litigation before U.S. and English courts.

## ADMISSIONS

**England and Wales** (with Higher Rights of Audience); **Queensland, Australia**

## EDUCATION

**King's College London** (Postgraduate Diploma in Competition Law, 2015); **University of Queensland** (Bachelor of Laws, First Class Honours, and Bachelor of Arts, 2010)

---

## HIGHLIGHTS

Mr. McGahan is a senior associate in Scott+Scott's Connecticut and London offices and works closely with other members of the firm's Antitrust and Competition Practice in counseling corporate and institutional clients, evaluating potential claims and developing strategies to recover losses caused by anticompetitive conduct. He has also acted for clients in a variety of securities litigation, arbitrations (both investment treaty and commercial), and pieces of general commercial litigation.

In the U.S., Mr. McGahan is the lead associate on the teams prosecuting the fed cattle antitrust litigation, *Robinson v. Diana Containerships*, No. 17-cv-6160 (E.D.N.Y), and *In Re Netshoes Sec. Litig.*, Index No. 157435/2018 (N.Y. Sup. Ct.). In England, Mr. McGahan is presently representing numerous clients who have European claims arising from the manipulation of the foreign exchange market.

Prior to joining Scott+Scott, Mr. McGahan spent four years in the London office of Freshfields Bruckhaus Deringer LLP. During this time he acted in many of the leading English competition damages cases, including *National Grid Electricity Transmission Plc v ABB Ltd.* He also acted for numerous clients in competition law investigations, both internal investigations and those brought by the Competition and Markets Authority, the European Commission, and other regulators.



# S. SINAI MEGIBOW

## PRACTICE EMPHASIS
S. Sinai Megibow is an Investigator in Scott+Scott's Investigations Department.

## ADMISSIONS
State of New York

## EDUCATION
**UCLA School of Law** (J.D., 2001); **University of Chicago** (M.A., 1998); **Tulane University** (B.A., 1995)

## HIGHLIGHTS
Mr. Megibow is based in Scott+Scott's New York office. In addition to being an investigator at the firm, he is also a Certified Fraud Examiner and Licensed Private Investigator in New York and Florida.

He has extensive experience conducting a wide range of investigations, including securities fraud, internal investigations, antitrust matters, Foreign Corrupt Practices Act compliance, corporate due diligence, and litigation intelligence. Prior to joining Scott+Scott, Sinai served as a Director in a global private investigation and intelligence consulting firm. Sinai began his career as an associate attorney practicing in the areas of White Collar Criminal matters and commercial litigation.



# ATTORNEY BACKGROUND/ EXPERIENCE

# MARIANNE MEIJSSEN

## PRACTICE EMPHASIS

Marianne Meijssen specializes in complex multi-jurisdictional damages litigation, and in antitrust damages claims.

## ADMISSIONS

The Netherlands

## EDUCATION

**Utrecht University** (LL.M, 2012); **University of Amsterdam** (LL.M, 2012); **Maastricht University** (LL.B, 2010)

## HIGHLIGHTS

Over the years, Ms. Meijssen has gained broad experience representing both claimants and defendants in private as well as administrative proceedings. She frequently draws from this experience when working with clients to set up and litigate their cases.

Marianne has represented defendants in several leading Dutch follow-on damages cases (Elevators & Escalators, Pre-stressing Steel, Sodium Chloride, and *Air Cargo*). This has granted her valuable insights in the strategies employed by defendants, which she now uses to help plaintiffs recover damages they have suffered as effectively and efficiently as possible; She has acted for plaintiffs in a variety of stand-alone competition law cases, a number of which dealt with abuse of a dominant position or vertical infringements; and has defended numerous undertakings during investigations and infringement proceedings of the European Commission and the Netherlands Authority for Consumers and Markets, as well as subsequent appeal proceedings with European or national courts.

In addition, Ms. Meijssen has been a staff writer at the Dutch competition law journal *Markt & Mededinging and* frequently publishes in other journals about both civil law and antitrust issues. She also teaches competition law courses to peers, companies, and students, amongst others at Utrecht University and Academie voor de Rechtspraktijk.

 **ATTORNEY BACKGROUND/ EXPERIENCE**

# RANDY MOONAN

## PRACTICE EMPHASIS

Mr. Moonan's practice focuses on securities class actions.

## ADMISSIONS

**State of New York; United States District Court:** Southern and Eastern Districts of New York

## EDUCATION

**Cornell Law School** (J.D. 2013); **University at Albany** (B.A., History and Political Science, magna cum laude, Phi Beta Kappa, 2010)

## HIGHLIGHTS

Mr. Moonan is an associate in Scott+Scott's New York office. Prior to joining Scott+Scott, Mr. Moonan was a litigation associate at Simpson Thacher & Bartlett LLP, representing major financial institutions in civil and regulatory matters involving securities, antitrust, corporate governance, and insurance law issues. During law school, Mr. Moonan served as a Managing Editor of the Cornell Journal of Law and Public Policy as well as a clinical extern at the United States Attorney's Office, Northern District of New York.



SCOTT + SCOTT | ATTORNEY BACKGROUND/ EXPERIENCE

# KASSANDRA NELSON

## PRACTICE EMPHASIS

Kassandra Nelson's practice focuses on securities and antitrust litigation.

## ADMISSIONS

**State of New York; United States District Court:** Southern and Eastern Districts of New York

## EDUCATION

**Southern Methodist University** (J.D., 2016); **University of Alabama** (B.A., cum laude, 2012)

---

## HIGHLIGHTS

Ms. Nelson is an associate in the firm's New York office where she focuses on securities and antitrust litigation. During law school, Ms. Nelson volunteered over 450+ hours in Legal Public Service and received the distinction of Pro Bono Honor Roll upon graduation. She worked as an intern for the Domestic Violence Division at the Dallas County District Attorney's Office as well as an extern for the Honorable Judge Martin Hoffman. Ms. Nelson served as a student attorney for SMU's Innocence Clinic, working with the Dallas County Public Defender's Office and New York Innocence Project, and successfully advocated for the release and exoneration of Steven Chaney, freed after wrongfully serving more than 25 years.



**SCOTT + SCOTT** | ATTORNEY BACKGROUND/ EXPERIENCE

# WALTER W. NOSS

## PRACTICE EMPHASIS

Walter N. Noss practices complex federal litigation with an emphasis on prosecuting antitrust actions on both a class-wide and individual, opt-out basis.

## ADMISSIONS

Member of the California, New York, and Ohio Bars; **United States Court of Appeals:** Sixth, Ninth, and Eleventh Circuits; **United States District Court:** Northern, Central, and Southern Districts of California, the Southern District of New York, and the Northern and Southern Districts of Ohio

## EDUCATION

The Ohio State University College of Law (J.D., with honors, 2000); University of Toledo (B.A. in Economics, magna cum laude, 1997)

## HIGHLIGHTS

Mr. Noss serves as the managing partner for Scott+Scott's San Diego office and currently, represents class plaintiffs in *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 1:13-cv-07789 (S.D.N.Y.), an action challenging collusion regarding foreign exchange rates, and *Alaska Electrical Pension Fund v. Bank of America Corp.*, No. 1:14-cv-07126 (S.D.N.Y.), an action challenging collusion regarding the setting of the ISDAfix benchmark interest rate.

Mr. Noss represented class plaintiffs in *Dahl v. Bain Capital Partners LLC*, No. 1:07-cv-12388 (D. Mass.), a case challenging collusion among private equity firms. In *Dahl*, Mr. Noss served as one of the primary litigation counsel prosecuting the case, including deposing key managing directors, drafting dispositive motions, and arguing in court in opposition to defendants' summary judgment motions. The defendants in Dahl settled for $590.5 million.

Mr. Noss represented the indirect purchaser class plaintiffs in *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Limited Company*, No. 2:12-cv-03824 (E.D. Pa.), a case challenging monopolistic conduct known as "product hopping" by the defendants. In *Mylan*, he was appointed sole lead counsel for the indirect class, and directed their prosecution and eventual settlement of the case for $8 million. He also represents corporate opt-out clients in *In re: Aluminum Warehousing Antitrust Litig.*, MDL No. 2481 (S.D.N.Y.), a case challenging collusion regarding the spot metal price of physically-delivered aluminum. He has previously represented out-out clients in *In re Rubber Chemicals Antitrust Litig.*, MDL No. 1648 (N.D. Cal.); *In re Polychloroprene Rubber (CR) Antitrust Litig.*, MDL No. 1642 (D. Conn.); and *In re Plastics Additives (No. II) Antitrust Litig.*, MDL No. 1684 (E.D. Pa.), which were cases involving price-fixing by horizontal competitors in the synthetic rubber industry.

In addition, Walter has experience successfully litigating in federal civil jury trials. In April 2011, Mr. Noss served as lead trial counsel in *Novak v. Gray*, No. 8:09-cv-00880 (M.D. Fla.), winning a $4.1 million jury verdict for breach of oral contract and fraudulent inducement. In December 2009, Mr. Noss served as plaintiffs' local counsel at trial in *Lederman v. Popovich*, No. 1:07-cv-00845 (N.D. Ohio), resulting in a $1.8 million jury verdict for plaintiffs on claims of breach of fiduciary duties, conversion, and unjust enrichment. In January and February 2006, Mr. Noss assisted the trial team for *In re Scrap Metal Antitrust Litig.*, No. 1:02-cv-0844 (N.D. Ohio 2006), resulting in a $34.5 million class action plaintiffs' verdict. Prior to joining Scott+Scott in April 2004, he was an associate in the Cleveland, Ohio office of Jones Day.



## ATTORNEY BACKGROUND/ EXPERIENCE

# RANDALL AUBREY PETRIE

### PRACTICE EMPHASIS
Randall Aubrey Petrie focuses on complex antitrust litigation and class actions..

### ADMISSIONS
States of New York and New Jersey; United States District Court: Southern District of New York

### EDUCATION
George Washington University School of Law (J.D., Dean's Fellow, 1992); Hamilton College (B.A., 1988)

### HIGHLIGHTS
Mr. Petrie is an attorney in Scott+Scott's San Diego office.

# JOSEPH A. PETTIGREW

### PRACTICE EMPHASIS
Joseph A. Pettigrew's practice areas include securities, antitrust, shareholder derivative litigation, and other complex litigation.

### ADMISSIONS
States of California and Maryland; United States Supreme Court; United States District Court: Central District of California; District of Maryland

### EDUCATION
University of San Diego School of Law (J.D., 2004); Carleton College (B.A., Art History, cum laude, 1998)

### HIGHLIGHTS
Mr. Pettigrew is an attorney who works across multiple S+S offices. His work includes the following cases: *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y); and *Marvin H. Maurras Revocable Trust v. Bronfman*, 12-cv-3395 (N.D. Ill.).

Mr. Pettigrew has served on the board and as legal counsel to several nonprofit arts organizations.



SCOTT + SCOTT | ATTORNEY BACKGROUND/ EXPERIENCE

# MELANIE PORTER

### PRACTICE EMPHASIS

Melanie Porter focuses on complex antitrust litigation and class actions.

### ADMISSIONS

State of California; United States District Court: Southern District of California

### EDUCATION

California Western School of Law (J.D., cum laude, 2006); UCLA (B.A., Psychology, 2003)

### HIGHLIGHTS

Ms. Porter is an attorney in Scott+Scott's San Diego office.

While at CWSL, Melanie served as President of the Asian Pacific Law Student Association and Hawaiian Law Student Association, as well as Secretary and Chair of Community Relations for the Health Law Society and Co-Chair of the Social and Membership Committee for Phi Alpha Delta.

In 2016, 2017, 2018 and 2019, Melanie received the Rising Star recognition by Super Lawyers. She is currently a member of the California State Bar, San Diego County Bar Association, Consumer Attorneys of San Diego, and the American Bar Association.

# SEAN RUSSELL

### PRACTICE EMPHASIS

Sean Russell focuses on complex antitrust litigation and class actions.

### ADMISSIONS

State of California; United States District Court: Southern District of California

### EDUCATION

University of San Diego School of Law (Masters of Taxation, 2016); Thomas Jefferson School of Law (J.D., cum laude, 2015); University of California, Davis (B.A., Economics, 2008)

### HIGHLIGHTS

Mr. Russell is an attorney in Scott+Scott's San Diego office where he focuses on complex antitrust litigation and class actions.

During law school Sean was Chief Articles Editor of the *Thomas Jefferson Law Review* and a Moot Court Competitor. He also served as an extern to the Honorable William V. Gallo of the U.S. District Court for the Southern District of California.



ATTORNEY
BACKGROUND/
EXPERIENCE

# MAX SCHWARTZ

## PRACTICE EMPHASIS

Max Schwartz's practice focuses on complex civil litigation, often involving financial products and services. He also counsels investment firms and institutional investors on strategies to enhance returns and recoup losses.

## ADMISSIONS

**State of New York; United States Court of Appeals:** Second Circuit; **United States District Court:** Southern District of New York

## EDUCATION

**New York University School of Law** (J.D.); **Columbia University** (B.A., cum laude)

## HIGHLIGHTS

Mr. Schwartz is a partner in our New York office. He frequently serves as lead counsel in securities cases, where he has won significant recoveries for investors. Recent examples include *Weston v. RCS Capital Corp.*, 1:14-cv-10136 (S.D.N.Y.) ($31 million settlement), *In re Conn's, Inc. Sec. Litig.*, No. 4:14-cv-00548 (S.D. Tex.) ($22.5 million settlement), and *Birmingham Ret. & Relief Sys. v. S.A.C. Capital Advisors LLC*, No. 1:12-cv-09350 (S.D.N.Y.) ($10 million settlement). Following the financial crisis, Max served as lead counsel in several cases that set important precedents regarding mortgage-backed securities. He argued the first cases to find that securitization trustees must seek to have defective mortgages repurchased from MBS trusts. These efforts led to the recovery of $69 million for investors in *Washington Mutual MBS* and $6 million for investors in *Bear Stearns MBS*. *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA*, 1:12-cv-2865 (S.D.N.Y.); *Oklahoma Police Pension and Retirement System v. U.S. Bank N.A.*, 1:11-cv-8066 (S.D.N.Y.).

Mr. Schwartz has substantial experience in competition and antitrust matters as well. He has served as counsel in several recent cases involving rate-rigging including *Alaska Electrical Pension Fund v. Bank of America Corporation*, 14-cv-7126 (S.D.N.Y) (ISDAfix litigation) ($408.5 million settlement) and *In re Libor-Based Financial Instruments Antitrust Litigation*, MDL No. 2262 (S.D.N.Y.) ($590 million settlement to date). He was also part of the team that secured a $590 million settlement stemming from allegations that several of the largest leveraged buyouts were subject to collusion. *Dahl v. Bain Capital Partners, LLC*, 1:07-cv-12388 (D. Mass.). In addition, Mr. Schwartz has advised clients in antitrust matters ranging from pharmaceuticals to precious metals and has advised companies seeking merger review before a number of regulatory agencies.

Super Lawyers named Mr. Schwartz a Rising Star and the Legal Aid Society also recognized him with a Pro Bono Service Award for work before the New York Court of Appeals.



**SCOTT + SCOTT** | ATTORNEY BACKGROUND/ EXPERIENCE

# JUDY SCOLNICK

## PRACTICE EMPHASIS

Judith Scolnick has extensive experience in the field of pharmaceutical litigation including, in particular, prosecuting opioid litigations on behalf of governmental entities, and shareholder derivative actions against Board of Directors who orchestrated or turned a blind eye toward their companies' violations of laws such as the False Claims Act, and FDA advertising and safety laws and regulations, etc. Ms. Scolnick also is experienced in prosecuting employment class action lawsuits as well as counseling businesses regarding compliance.

## ADMISSIONS

States of New York, Massachusetts and New Jersey; United States Court of Appeals: Second, Third, Eighth and Ninth Circuits; United States District Court: Southern and Eastern Districts of New York, New Jersey and Colorado

---

## HIGHLIGHTS

Ms. Scolnick is a partner in the firm's New York office and began her career, following law school, by serving as a law clerk to the late Honorable Anthony Julian of the United States District Court in Massachusetts. Thereafter, she served as a trial attorney in the Civil Division of the United States Department of Justice, where she was lead counsel in several high-profile employment discrimination lawsuits against Fortune 500 companies and defending various U.S. agencies around the country.

Ms. Scolnick then became an advisor to the British Airways Legal Department in the U.S. and U.K., which included negotiating and drafting contracts in various fields such as codeshare agreements, marketing ventures, supply chain agreements, and facilities agreements. In addition, Judith advised British Airways Legal Department in the U.S. on all employment matters including structuring reductions in force, avoiding and defending discrimination lawsuits, and executive contracts and severance agreements. In private practice Ms. Scolnick continued prosecuting single, group and class action employment discrimination actions.

Since 2017 she has primarily been leading the firm in prosecuting opioid litigations on behalf of cities and counties in seven states, and has been positioning these cases well for trial in state courts. Prior to the opioid litigations Ms. Scolnick effectively used the avenue of shareholder derivative actions to correct the abuses of pharmaceutical companies for the benefit of shareholders. She has served as lead counsel in many shareholder derivative actions and is currently lead counsel in *North Miami General Employees Retirement Fund v. Parkinson*, No. 10-cv-6514 (N.D. Ill.), a shareholder derivative case on behalf of pharmaceutical company, Baxter International, arising from the Board's failure to comply with FDA orders to remediate a medical device known as the Colleague Pump. She was also co-lead counsel in Bio-Rad in which the Board of Directors was forced to take a top to bottom restructuring of its compliance policies and corporate governance in response to the Company's wide-spread violations of the Foreign Corrupt Practices Act, a Sarbanes-Oxley whistleblower protection provision.

Ms. Scolnick has experience litigating at both the trial and appellate level. She successfully argued the *Baxter appeal* where the Court of Appeals for the Seventh Circuit, reversing a trial court's dismissal, held that a pension fund's complaint on behalf of all shareholders passed the pre-suit demand futility threshold test under Delaware substantive law. *Westmoreland County Employees' Retirement System v. Parkinson*, 727 F.3d 719 (7th Cir. 2013). Also in 2013, Ms. Scolnick obtained a landmark ruling in the *Wal-Mart shareholder derivative litigation* from the Court of Appeals for the Eighth Circuit. The Eighth Circuit reversed the district court's stay of the federal action in favor of a related proceeding in Delaware Chancery Court, and held that a Colorado River stay is never appropriate where the federal complaint alleges valid, exclusive federal claims. *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013).



**ATTORNEY BACKGROUND/ EXPERIENCE**

Ms. Scolnick has also litigated a number of important employment discrimination class actions. These include *U.S. v. City of New York*, No. 07-cv-2067, 2011 WL 4639832 (E.D.N.Y. Oct. 5, 2011) (successfully representing a class of black applicants for entry-level firefighter jobs who were discriminated against by the City of New York), *Hohider v. UPS*, 243 F.R.D. 147 (W.D. Pa. 2007), reversed and remanded, 574 F.3d 169 (3d Cir. 2009), where although the Third Circuit reversed certification of a nationwide-class-of Americans with Disabilities Act protected UPS employees, Ms. Scolnick was able to negotiate with UPS changes to its return to work policy with regard to injured workers.

Ms. Scolnick has also been named a "Super Lawyer" from 2011-2019.

# DARYL F. SCOTT

## PRACTICE EMPHASIS

Daryl F. Scott specializes in complex securities litigation.

## ADMISSIONS

State of Virginia

## EDUCATION

**Georgetown University Law Center** (Masters in Taxation, 1986); **Creighton University School of Law** (J.D., 1984) **Vanderbilt University** (B.A. Economics, 1981)

## HIGHLIGHTS

Mr. Scott is a partner across all offices and involved in complex securities litigation at Scott+Scott. In addition to his work with the firm, Mr. Scott has specialized in private foundation and ERISA law. He was also formerly an executive officer of a private equity firm that held a majority interest in a number of significant corporations. Mr. Scott is admitted to the Supreme Court of Virginia is a member of the Virginia and Connecticut Bar Associations.



## ATTORNEY BACKGROUND/ EXPERIENCE

# DAVID R. SCOTT

### PRACTICE EMPHASIS

Managing Partner David R. Scott represents multinational corporations, hedge funds, and institutional investors in high-stakes, complex litigation, including antitrust, commercial, and securities actions.

### ADMISSIONS

**States of New York, Pennsylvania and Connecticut**; **United States Court of Appeals:** Second, Third, and Fifth Circuits; **United States District Court:** Southern District of New York, Connecticut, Eastern District of Pennsylvania, Northern and Southern Districts of Texas, and Colorado; **United States Tax Court**

### EDUCATION

**New York University School of Law** (LL.M. in taxation); **Temple University School of Law** (J.D., Moot Court Board, 1989)
**St. Lawrence University** (B.A., cum laude, 1986)

### HIGHLIGHTS

Mr. Scott is the Managing Partner of Scott+Scott Attorneys at Law LLP, Scott+Scott Europe LLP, and Scott+Scott Europe BV with offices in New York, Amsterdam, London, California, Connecticut, and Ohio.

In addition to managing the firm's lawyers worldwide, Mr. Scott advises some of the world's largest multinational corporations in cartel damages and other complex matters. He has been retained to design corporate policies for the global recoupment of losses, and transatlantic private enforcement programs.

He currently represents multinational companies and hedge funds in cases involving, among other things, price-fixing in the trucks, foreign exchange, high voltage power cables, cardboard, and payment card sectors.

Mr. Scott's antitrust cases in the United States have resulted in significant recoveries for victims of price-fixing cartels. Among other cases, Mr. Scott served as co-lead counsel in *Dahl v Bain Capital Partners*, No. 1:07-cv-12388 (D. Mass.), an action alleging that the largest private equity firms in the United States colluded to suppress prices that shareholders received in leveraged buyouts and that the defendants recently agreed to settle for $590.5 million. He was lead counsel in *Red Lion Medical Safety v. Ohmeda*, No. 06-cv-1010 (E.D. Cal.), a lawsuit alleging that *Ohmeda*, one of the leading manufacturers of medical anesthesia equipment in the United States, excluded independent service organizations from the market for servicing its equipment. The case was successfully resolved in settlement negotiations before trial.

Mr. Scott has received widespread recognition for his antitrust and competition law work. He has been elected to Who's Who Legal: Competition 2015- 2019, which lists the world's top antitrust and competition law lawyers, selected based on comprehensive, independent survey work with both general counsel and lawyers in private practice around the world. He has also received a highly recommended ranking by Benchmark Litigation for each of the years 2013-2015.

In addition to his extensive competition law work, Mr. Scott has also taken the lead in bringing claims on behalf of institutional investors, such as sovereign wealth funds, corporate pension schemes, and public employee retirement funds. For example, he has been retained to pursue losses against mortgaged-backed securities trustees for failing to protect investors. He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement. This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott is frequently quoted in the press, including in publications such as *The Financial Times, The Guardian, The Daily Telegraph, The Wall Street Journal, and Law360*. He is regularly invited to speak at conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments.



ATTORNEY BACKGROUND/ EXPERIENCE

# MELVIN SCOTT

## PRACTICE EMPHASIS

Melvin Scott's practice focuses on securities, commercial, and criminal litigation.

## ADMISSIONS

States of Connecticut and Pennsylvania

## EDUCATION

**University of Kentucky** (M.A., 1953; LL.B., 1957); **University of Connecticut** (B.A., 1950)

## HIGHLIGHTS

Mr. Scott founded the firm in 1975. He formerly practiced in Kentucky and is presently admitted to practice in Connecticut and Pennsylvania. Mr. Scott was a member of the *Kentucky Law Review*, where he submitted several articles for publication. He has served as an Attorney Trial Referee since the inception of the program in the State of Connecticut and is a member of the Fee Dispute Committee for New London County. Mr. Scott also formerly served as a Special Public Defender in criminal cases and as a member of the New London County Grievance Committee. Mr. Scott actively represents aggrieved parties in securities, commercial, and criminal litigation and served or serves as counsel in *Irvine v. ImClone Systems, Inc.*; *Schnall v. Annuity and Life Re (Holdings) Ltd.*; *In re 360networks Class Action Securities Litigation; In re General Motors ERISA Litig.*, and *Hohider v. UPS*, among others.

 **ATTORNEY BACKGROUND/ EXPERIENCE**

# AMY SIPE

## PRACTICE EMPHASIS

Amy Sipe's practice focuses on complex antitrust litigation and class actions.

## ADMISSIONS

State of Kansas; United States Court of Appeals: Eleventh Circuit

## EDUCATION

University of Missouri School of Law, Kansas City (J.D., 1998); University of Missouri (B.A., 1993 and M.A., Communications,

## HIGHLIGHTS

Ms. Sipe is an attorney in Scott+Scott's San Diego office where she focuses on complex antitrust litigation and class actions. Prior to joining Scott+Scott, Ms. Sipe worked as in-house counsel for a highly diversified Fortune 500 corporation and for an Am Law Top 20 Law Firm. Additionally, Ms. Sipe served as both General Counsel and VP of Managed Review/ Legal Services for several nationally renowned Electronic Discovery vendors, where her oversight responsibilities included recruiting, staffing, training and managing hundreds of attorneys and projects across the U.S. and overseas. She developed curriculums and trained in the areas of document review, attorney client privilege, contract management and a variety of other litigation support projects. Additionally, she developed product specifications with outside counsel and consulted on all aspects of e-Discovery. Ms. Sipe was instrumental in building dozens of legal service centers both in the U.S. and overseas, including a legal services center for a U.K. Silver Circle Law Firm.

Ms. Sipe and her teams advanced a culture of best practices and continuous improvement and were among the first in the legal world to utilize the reasonableness of statistical sampling and metrics, via methods developed with the assistance of Cal Tech and supported by the Sedona Conference's Working Groups on Document Review, Attorney Client Privilege and Cross Border Discovery, all Working Groups in which she has participated in.

While Ms. Sipe's focus is antitrust and class action matters, she is also experienced in many areas of complex litigation, including, Securities, IP, Technology, Labor & Employment, Healthcare, Pharma, Bio-Tech, Oil & Gas, Sustainable Energy, Mergers and Acquisitions, and several high-profile take-over attempts.

 **ATTORNEY BACKGROUND/ EXPERIENCE**

# SYLVIA M. SOKOL

## PRACTICE EMPHASIS

Ms. Sokol is focused on the firm's Antitrust and Competition Law Practice, representing national and international clients in litigation involving domestic and international cartels.

## ADMISSIONS

States of New York and California; District of Columbia; United States Supreme Court; United States District Court: Southern District of New York, and the Northern, Southern, and Eastern Districts of California

## EDUCATION

New York University School of Law (cum laude, 1998); University of British Columbia (undergraduate studies)

## HIGHLIGHTS

Ms. Sokol is a New York- and European-based partner. She represents and advises large multinational clients in cartel damages claims around the world. Sylvia has substantial experience designing corporate policies regarding potential damages claims, and in the ongoing monitoring of such claims. She works on a daily basis with corporate in-house counsel teams, including at the General Counsel and Global Competition Director level.

Ms. Sokol currently represents and advises her clients in cases involving anticompetitive conduct in the trucks, high voltage power cables, payment card, and foreign exchange sectors. In addition, Ms. Sokol's civil litigation experience has involved defending corporate clients charged with unlawful business practices and monopolizations. She has also represented clients in criminal and extradition matters.

Ms. Sokol has repeatedly been selected for the International Who's Who of Competition Lawyers & Economists and for Competition - U.S. in 2016-2019. Honorees are selected based on comprehensive and independent survey responses received from general counsel and private practitioners around the world. She has been selected to be a Fellow in The Trial Lawyer Honorary Society of the Litigation Counsel of America, which is a trial lawyer honorary society composed of less than one-half of one percent of American lawyers. Lawyer Monthly magazine awarded her the Women in Law Award 2017. She has also been named a "Super Lawyer" in 2011- 2019.

After law school, Sylvia was awarded the Soros Justice Fellowship to serve a year in the Capital Habeas Unit of the Federal Public Defender's Office, where she represented clients condemned to death and developed training materials for members of the capital defense bar. She then served as a judicial law clerk to the Honorable Warren J. Ferguson, United States Court of Appeals for the Ninth Circuit, before spending several years working at Morrison & Foerster LLP.

Ms. Sokol is bilingual in English and French, and holds French and United States citizenships.



## ATTORNEY BACKGROUND/ EXPERIENCE

# TOM SOUTHWELL

### PRACTICE EMPHASIS

Tom Southwell's expertise is in the oil and gas, energy and financial services sectors, in relation to disputes arising out of share sale transactions, joint ventures, and civil fraud.

### ADMISSIONS

Solicitor of the Supreme Court of England and Wales

### EDUCATION

**Nottingham Law School** (Legal Practice Course, 2004); **University of Manchester** (LL.B., 2003)

### HIGHLIGHTS

Mr. Southwell is a partner in Scott+scott Europe LLP's London office. Tom specialises in international arbitration and has represented individuals, corporate clients, and financial institutions in arbitration proceedings under the rules of the major arbitral institutions and before all levels of the English Courts.

Before joining Scott+Scott, Tom was a member of the International Litigation and Arbitration group at Skadden, Arps, Slate, Meagher & Flom (UK) LLP, in London.

# RHIANA SWARTZ

### PRACTICE EMPHASIS

Rhiana Swartz's practice focuses on securities class actions and shareholder derivative actions.

### ADMISSIONS

**State of New York; United States Court of Appeals:** Second Circuit; **United States District Court:** Southern and Eastern Districts of New York, District of Colorado

### EDUCATION

**Brooklyn Law School** (J.D., magna cum laude, 2006); **Swarthmore College** (B.A., 2000)

### HIGHLIGHTS

Ms. Swartz is an associate in the firm's New York office. After graduating from law school, Ms. Swartz clerked for the Honorable Joan M. Azrack in the Eastern District of New York. Currently, Ms. Swartz's practice focuses on securities class actions and shareholder derivative actions.

Prior to joining Scott+Scott, Ms. Swartz was Senior Counsel in the Special Federal Litigation Division of the New York City Law Department, Office of Corporation Counsel, where she handled federal cases brought under 42 U.S.C. §1983 from initial receipt of complaint through trial verdict. Ms. Swartz settled more than 80 cases and conducted four federal trials. Ms. Swartz also spent more than four years as an associate at Sullivan & Cromwell LLP in New York, representing major financial institutions in civil and regulatory matters involving securities, antitrust, corporate governance, and employment law issues.

 **SCOTT + SCOTT**

# ATTORNEY BACKGROUND/ EXPERIENCE

# STEFAN TUINENGA

## PRACTICE EMPHASIS

Stefan Tuinenga's practice is primarily focused on international antitrust litigation and collective actions.

## ADMISSIONS

The Netherlands

## EDUCATION

**University of Groningen,** International and European law (LL.B and LL.M, with a LL.M exchange to McGill University, 2008; International Business & Management (BSc), 2008; **Law Firm School** (post-graduate law school, with honours)

---

## HIGHLIGHTS

Mr. Tuinenga is counsel in Scott+Scott Europe BV's Amsterdam office. He has more than a decade of dispute resolution and competition law experience: in private practice, as in-house counsel and by working for a competition authority.

Mr. Tuinenga worked eight years for a large first tier firm in Amsterdam, acting in many of the leading antitrust litigation cases such as Air Cargo, wire steel and gas insulated switchgear; He also acted in multiple competiton law investigations by the European Commission and the Dutch competition authority, among others in the Air Cargo, telecommunications, insulated glass, flour and retail food packaging sector, as well as in internal investigations; Mr. Tuinenga has been involved in various immunity and leniency applications, settlements, contested cases and discussions about access to documents and confidentiality.

In addition Mr. Tuinenga was responsible on a secondment basis for worldwide competition law and anti-bribery compliance at KLM Royal Dutch Airlines in 2014; stood at the foundation of the competition authority of Curaçao as director and legal counsel of the Fair Trade Authority Curaçao in 2017-2019, of which he is now a non-governmental advisor; coordinating lecturer for the competition law course for students and legal professionals of the University of Curacao in 2018 and 2019;

Stefan regularly publishes articles on developments in competiton law and (antitrust) litigation, such as the overview articles on actions for damages in the Netherlands, the United Kingdom, and Germany in the Journal of European Competition Law & Practice for the year 2015 and 2017 (coordinating author);

Stefan Is also passionate about triathalons and has completed three Ironmans (70.3 and 140.6) in the past year.



**SCOTT + SCOTT** | BACKGROUND/ EXPERIENCE

# J. ALEX VARGAS

## PRACTICE EMPHASIS

J. Alex Vargas serves as Scott+Scott's Director of Investigations

## ADMISSIONS

States of New York and California; District of Columbia

## EDUCATION

**University of San Diego School of Law** (J.D., 2004, B.A., 1997); **University of San Diego** (B.A., 1997)

## HIGHLIGHTS

Mr. Vargas is based in Scott+Scott's New York office and heads up our investigation department. He conducts and oversees investigations across all practice groups.

Mr. Vargas has devoted over a decade of his career investigating claims on behalf of institutional investors and other stakeholders in the class action arena. He has been involved in several high-profile securities fraud cases, including one where he served as the principal investigator in connection with a 14-year litigation, resulting in the largest securities fraud settlement following a trial; a record $1.575 billion recovery in *Jaffe v. Household Int'l, Inc.*, No. 02-C-05893 (N.D. Ill.).

Representative antitrust class actions include: *In re Foreign Exchange Benchmark Rates Antitrust Litig.*, No. 1:13-cv-07789 (S.D.N.Y.); *In re Generic Pharmaceuticals Pricing Antitrust Litig.*, No. 2:16-cb-27240-CMR (E.D. Pa.); *Putman Bank v. Intercontinental Exchange, Inc.*, No 1:19-cv-00439 (S.D.N.Y.); and *In re GSE Bonds Antitrust Litig.*, No. 1:19-cv-01704 (S.D.N.Y.).

Representative securities class actions include: *Banerjee v. Avinger, Inc.*, No. 4:17-cv-03400 (N.D. Ca.) (settlement of $5 million); *Union Asset Management Holding AG v. SanDisk LLC*, No. 3:15-cv-01455-VC (N.D. Cal.) ($50 million settlement preliminarily approved); *In re LendingClub Corp. S'holder, Litig.*, No. CIV537300 (Cal. Super. Ct., San Mateo County) (settlement of $125 million); *In re MobileIron, Inc. S'holder Litig.*, No. 1-15-cv-284001 (Cal. Super. Ct., Santa Clara County) (settlement of $7.5 million); and *Rubenstein v. Oilsands Quest Inc.*, No. 11-cv-288 (S.D.N.Y.) (settlement of $10.2 million).

Representative consumer and data breach class actions include *In re Equifax, Inc. Customer Data Security Breach Litig.*, No. 1:17-cmd-2800 (N.D. Ga.); *In re Pacific Coast Oil Trust Sec. Lit.*, No. BC550418 (Cal. Sup. Ct., Los Angeles County) (settlement of $7.6 million); *Greater Chautauqua Federal Credit Union v. Kmart Corp.*, No. 15-cv-2228 (N.D. Ill.) (settlement of $5.2 million); *WinSouth Credit Union v. MAPCO Express, Inc.*, No. 14-cv-1573 (M.D. Tenn.) (largest dollar-per-card settlement obtained on behalf of financial institutions involving data breach of credit and debit card information); and *First Choice Fed. Credit Union v. The Wendy's Co.*, No. 2:16-cv-00506 (W.D. Pa.) (settlement of $50 million).



## ATTORNEY BACKGROUND/ EXPERIENCE

# PHILIPPA (PIPPA) WINSTANLEY

### PRACTICE EMPHASIS

Pippa Winstanley specialises in commercial and competition damages litigation.

### ADMISSIONS

England and Wales.

### EDUCATION

**University of Law** (Graduate Diploma in Law, 2013; Legal Practice Course, 2015); **University of Oxford** (Music, MA 2012)

### HIGHLIGHTS

Ms. WInstanely is an associate in Scott+Scott Europe LLP's London office. She specialises in competition damages litigation before the English High Court, Competition Appeal Tribunal and the Court of Appeal.

Pippa is currently representing potential claimants in follow-on damage actions against Visa and MasterCard in relation to anti-competitive interchange fees. She is also acting on behalf of clients seeking compensation from participants in a long-running multinational cartel. Pippa also works on general commercial litigation, including a dispute relating to a major property portfolio in the UK.

Prior to joining Scott+Scott Europe LLP, Pippa trained at Marriott Harrison LLP and qualified in commercial litigation at Clyde & Co LLP, where she represented major energy and aviation clients in relation to various debt recovery and breach of contract claims. Pippa has experience representing both corporations and individual shareholders.

# JING-LI YU

### PRACTICE EMPHASIS

Jing-Li Yu practices in the areas of shareholder derivative and federal securities litigation.

### ADMISSIONS

States of New York and Delaware; United States Court of Appeals: Second Circuit; United States District Court: Southern and Eastern Districts of New York

### EDUCATION

**University of Pennsylvania** (B.A., Economics, cum laude, 2001); **University of Chicago** (Master of Arts, Social Sciences, 2005)

### HIGHLIGHTS

Mr. Yu is an associate in the New York office where he focuses on shareholder derivative and federal securities litigation.

Prior to joining Scott+Scott, Mr. Yu was a litigation associate based in Wilmington, Delaware at a litigation boutique firm that primarily represented institutional plaintiffs, and before then, he was a litigation and investigations associate based in New York, New York at two international law firms that primarily represented institutional defendants.



# ATTORNEY BACKGROUND/ EXPERIENCE

# BRANDON ZAPF

## PRACTICE EMPHASIS

Brandon Zapf focuses on complex antitrust litigation and class actions.

## ADMISSIONS

State of California; United States District Court: Central District of California

## EDUCATION

University of San Diego School of Law (LL.M. in Taxation, 2011); University of San Francisco School of Law (J.D., cum laude, 2007); University of California, Santa Barbara (B.A., 2002)

## HIGHLIGHTS

Mr. Zapf is an attorney in Scott+Scott's San Diego office and has been named a Rising Star by Super Lawyers.

# CAITLIN ZAPF

## PRACTICE EMPHASIS

Caitlin Zapf focuses on complex antitrust litigation and class actions.

## ADMISSIONS

United States District Court: Northern, Central, and Southern Districts of California; State of California

## EDUCATION

University of San Francisco School of Law (J.D., cum laude, 2007); University of California, San Diego (B.A., 2003)

## HIGHLIGHTS

Ms. Zapf is an attorney in Scott+Scott's San Diego office.

 **ATTORNEY BACKGROUND/ EXPERIENCE**

# JONATHAN ZIMMERMAN

## PRACTICE EMPHASIS

Jonathan Zimmerman practices in the areas of shareholder derivative and federal securities litigation.

## ADMISSIONS

**States of New Jersey and Pennsylvania; United States District Court:** District of New Jersey and Eastern District of Pennsylvania

## EDUCATION

**Temple University, Beasley School of Law** (J.D., 2016); **McGill University, Desautels School of Management** (Bachelor of Commerce, 2009)

## HIGHLIGHTS

Mr. Zimmerman is an associate in the New York office where he focuses on shareholder derivative and federal securities litigation. While in law school, he served as a Staff Editor on Temple's International and Comparative Law Journal. He also received the Best Paper Award in Advanced Financial Regulations for his work titled *Corporate Diversions: Short-Term Tax Savings at the Expense of Shareholder Rights* (Spring 2015).

Prior to joining Scott+Scott, Mr. Zimmerman practiced in the areas of shareholder derivative, federal securities, and Qui Tam litigation.

A former two-time All-Canadian collegiate lacrosse player and co-captain of McGill University's men's varsity team, Jonathan loves watching and playing sports when he, his wife, and his son are not exploring New York City's vibrant food scene.