# EXHIBIT C

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff,* <br><br> vs. <br><br> TELIGENT, INC. and JASON GRENFELL-GARDNER, <br><br> *Defendants.* | Case No. 1:19-cv-03354-VM <br><br><br> **DECLARATION OF GINGER SIGLER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

1

**DECLARATION OF GINGER SIGLER**

I, Ginger Sigler, being duly sworn, declare as follows:

1.      I am the Executive Director for Plaintiff the Oklahoma Police Pension Fund and Retirement System ("Oklahoma Police").   I make this declaration in support of Plaintiff's Motion for Class Certification, am authorized to do so on behalf of Oklahoma Police, and have personal knowledge of the matters stated herein.

2.      Oklahoma Police is a government-affiliated pension plan that provides a range of comprehensive benefits to approximately 10,000 working and retired police officers and beneficiaries in the State of Oklahoma.   It is overseen by a 13-member Board of Trustees comprised of elected, designated, or appointed members, including appointments by the Speaker of the House of Representatives and the Senate President Pro Tempore.   Oklahoma Police has investments to support its obligations to beneficiaries and its operations.   As set forth in its Certification previously filed in this Action, Oklahoma Police purchased Teligent common stock during the Class Period, and suffered damages as a result.

3.      The Board authorized Oklahoma Police to participate in this Action as a lead plaintiff and to seek to be appointed as a class representative after consulting with Scott+Scott, Attorneys at Law, LLP ("Scott+Scott").

5.      The Court subsequently appointed Oklahoma Police as Lead Plaintiff, and Oklahoma Police has diligently and effectively prosecuted this case, consistent with its fiduciary duties to the Class.  Oklahoma Police understands that those duties include actively supervising, monitoring, and participating in the prosecution of this Action.   It will also ensure that all members of the Class have fair and adequate representation, including by working with counsel, responding to discovery requests, searching for documents, reviewing filings, sitting for depositions, and testifying at trial.

6.      On behalf of Oklahoma Police, I have and will continue to diligently undertake those duties.  For example, I have: (a) received regular updates and status reports from counsel;

2

(b) communicated regularly with counsel, including concerning significant developments in this Action; (c) reviewed pleadings, filings, and other documents in this matter; and (d) participated in discovery.

7.      Further, Oklahoma Police acted to protect its and the Class' interests by selecting Scott+Scott as proposed class counsel, based on the firm's experience and expertise.    In particular, Scott+Scott has significant experience with securities class actions and substantial resources, which enable it to prosecute this case effectively.

I declare under penalty of perjury that the foregoing is true and correct pursuant to the laws of the state of Oklahoma.


Executed this 25 day of September, 2020, in Oklahoma City, Oklahoma.

GINGER SIGLER


On this 25 day of September, 2020, before me, the undersigned notary public, personally appeared Ginger Sigler, who proved to me through satisfactory evidence of identification, which were_____, to be the person whose name is signed on the preceding document and acknowledged to me that she signed it voluntarily for its stated purpose(s).

_____ (seal)

Signature of Notary

My commission expires: 10|29|23

DARCIE GORDON
NOTARY
# 07009981
EXP. 10/29/23
STATE OF OKLAHOMA
PUBLIC

3