MAX+SCHWARTZ

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 12, 2021
```

+ Via ECF +

May 10, 2021

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom I 1B
New York, N.Y. 10007-1312

    Re:  *Okla. Police Pension Fund & Ret. Sys. v. Teligent, Inc.*, No. 1:19-cv-03354-VM

Dear Judge Marrero:

    I write on behalf of all parties in the above-captioned action.  The parties have reached a settlement-in-principal.  Accordingly, they respectfully request that this matter be stayed, while they prepare preliminary approval papers.  We anticipate filing those papers within 45 days.

                Respectfully submitted,

                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                /s/ *Max Schwartz*

                Max Schwartz



Request **GRANTED.**

This matter is hereby stayed for 45 days.

**SO ORDERED.**

May 12, 2021

DATE                VICTOR MARRERO, U.S.D.J.