# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>TELIGENT, INC. and JASON GRENFELL-GARDNER,<br><br>      Defendants. | Case No. 1:19-cv-03354-VM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation and Agreement of Settlement and Release and its exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiff Oklahoma Police Pension Fund and Retirement System, by and through its attorneys, will move this Court, before the Honorable Victor Marrero, United States District Judge for the Southern District of New York, in Courtroom 15B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time designated by this Court, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) certifying the Class for settlement purposes; (3) approving the form and manner of notice of the proposed settlement to the Class; and (4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto. Defendants do not oppose the motion.

DATED: July 14, 2021

                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                 /s/ Max R. Schwartz
                Max R. Schwartz

                Jeffrey P. Jacobson
                The Helmsley Building
                230 Park Avenue, 17th Floor
                New York, NY 10169
                Telephone: (212) 223-6444
                Facsimile: (212) 223-6334
                mschwartz@scott-scott.com
                jjacobson@scott-scott.com

*Counsel for Plaintiff Oklahoma Police Pension Fund and Retirement System*

## CERTIFICATE OF SERVICE

I, Max R. Schwartz, hereby certify that on July 14, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Max R. Schwartz*
Max R. Schwartz
