

MAX R. SCHWARTZ

+ Via ECF +

July 15, 2021

Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15B
New York, NY 10007-1312

  Re: *Okla. Police Pension Fund & Ret. Sys. v. Teligent, Inc.*, No. 1:19-cv-03354-VM

Dear Judge Marrero:

  We write on behalf of Plaintiff Oklahoma Police Pension Fund and Retirement System in the above-captioned Action.  Pursuant to Section 11 of the Electronic Case Filing Rules & Instructions, we are writing to apprise the Court of a technical failure of the Southern District's CM/ECF system that prevented us from filing our Motion for Preliminary Approval of Class Action Settlement ("Motion") yesterday, when it was due.  That Motion was unopposed, and Plaintiff circulated final copies of it to Defendants in advance of the filing deadline.  However, when Plaintiff attempted to file yesterday at approximately 6:30 PM, the ECF system displayed an error message.  Plaintiff repeatedly attempted to file throughout the night, but the error continued to appear, and Plaintiff was unable to do so (as screenshots displaying the error show).

  When Plaintiff checked this morning, the ECF was working, and it proceeded to promptly file the Motion.

  We apologize for any inconvenience and thank the Court for its consideration of this matter.

           Respectfully submitted,
           SCOTT+SCOTT ATTORNEYS AT LAW LLP

           */s/ Max R. Schwartz*
           Max R. Schwartz