**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELIGENT, INC. and JASON GRENFELL-GARDNER,<br><br>Defendants. | Case No. 1:19-cv-03354-VM<br><br>**DECLARATION OF MAX R. SCHWARTZ IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

I, MAX R. SCHWARTZ, pursuant to 28 U.S.C. §1746, declare as follows:

1.     I am a partner of the law firm Scott+Scott Attorneys at Law LLP, the court-appointed Lead Counsel for Plaintiff Oklahoma Police Pension Fund and Retirement System and the proposed Settlement Class, and am admitted to practice before this Court.  I respectfully submit this declaration in support of Plaintiff's motion for preliminary approval of the proposed class action Settlement.  I have personal knowledge of the matters testified to herein.

2.     Annexed hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated July 14, 2021, with annexed exhibits.

3.     Annexed hereto as Exhibit 2 is a true and correct copy of the resume of Kroll Settlement Administration, the proposed claims administrator for the Settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2021.

 */s/ Max R. Schwartz*
Max R. Schwartz

1

2

<u>CERTIFICATE OF SERVICE</u>

I, Max R. Schwartz, hereby certify that on July 14, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Max R. Schwartz
Max R. Schwartz

2