# Exhibit 2



# Class Action Settlement and Notice Administration Services

www.krollbusinessservices.com

**KROLL**
SETTLEMENT
ADMINISTRATION

# Company Profile

Kroll Settlement Administration is the leader in cutting-edge technology and consulting services for class action, mass tort, regulatory remediation and government claims administration. As a part of Kroll Business Services, we offer the most comprehensive administrative services in the industry. We have nearly 5,000 professionals in 30 countries around the world and provide our clients with world class IT, cybersecurity, and global notification and administration capabilities for complex legal settlements including consumer, antitrust, securities, data breach, and mass tort matters.

By combining Kroll's best-in-class technology, security, and global resources with our team's 50+ years of legal administration expertise, we offer unmatched solutions and capacity for even the most complex settlements anywhere in the world. Our team provides clients with consultative, white-glove service and comprehensive thought leadership. Our processes are time tested and designed for efficiency and accuracy, and our cutting-edge proprietary technology platforms are unlike anything else available today.

- ✓ **More than 50 years in business**
- ✓ **Industry-leading technology platform**
- ✓ **24/7 capability**
- ✓ **Onsite IT professionals**
- ✓ **Nationally recognized media team**
- ✓ **In-house tax experts**
- ✓ **Efficient and cost-effective solutions**

We provide clients with the practical knowledge needed throughout the administration process to proactively anticipate potential risks before they occur and recommend proven solutions to protect the interests of all stakeholders.

Kroll Notice Media, our in-house nationally recognized media team, develops campaigns that are custom-designed to reach and motivate difficult-to-find audiences. Our campaigns are successful because we believe that all media is interconnected in the eyes of the consumer. We understand how to best weave analytics and behavioral insights together to reach intended audiences. Importantly, our campaigns are actively managed to ensure optimal results no matter the complexity, scale, or time constraints.

## Kroll Settlement Administration Core Services

- Pre-settlement consultation services
- Notice media campaigns
- Website and database design and management
- Advanced reporting and transparency
- Strategic communications and global contact center
- Claims processing and analysis
- Settlement fund management and distribution services
- Tax and treasury services
- Special master capabilities



# Why Choose Kroll Settlement Administration?

Our class action team has decades of experience administering class action settlements of all types and sizes.

 **Managed More than 4,000 Settlements**　　 **Processed over 100 Million Claims**　　 **$30 Billion-plus in Distributions**　　 **Issued Over 1 Billion Notices**

- **The most experienced claims administration team in the industry.**
  We've processed millions of claims, mailed tens of millions of notices, expedited hundreds of thousands of calls and distributed billions of dollars in compensation to class members worldwide. This experience, coupled with our state-of-the-art technology and superior data security, enables us to deliver a full-service class action notice and administration solution that drives efficiency, speed in delivery, accuracy, quality control, transparency, and cost savings.

- **State-of-the-art technology for even the most complex class action cases.**
  Our advanced technology is what sets us apart from our competitors. We've built the most secure, accurate, reliable, and efficient technology platforms to enable us to deliver the highest-quality results across our global services. Our best-in-class technology platforms are designed by experienced professionals using the latest database architecture, software development languages and website frameworks. For this reason, clients choose us when millions of dollars and reputations are on the line.

- **Recognized leader in media planning for class action, product recall and crisis outreach.**
  Kroll Notice Media is unique among other legal media teams in that our strategists and tacticians have many years of collective experience across all media silos: print (newspaper and magazine), digital (online, display, video, OTT) social media, influencers, public relations, media monitoring, community management and content development. Additionally, we pay close attention to brand safety, reputation and anti-fraud mitigation while ensuring the highest quality notice placement, response, and engagement.

- **Originator of industry-wide claims procedures with a proven track record.**
  Kroll Settlement Administration was the pioneer for administering class action settlements in the mid-1960's when demand for these services first emerged. Today, our team continues to hone its processes, that are tried and proven and used industry-wide, to further advance class action administration. Our leadership team remains at the forefront of the class action space by actively participating in panels and thought leadership initiatives, by serving on committees to help write and refine the rules, and by testifying in the Courts.



# Data Security

As a member of the Kroll companies, we are global leaders in data security and cyber risk management. Nothing is more important than protecting the confidentiality, availability and integrity of customer data while meeting or exceeding all regulatory requirements for the protection and handling of that data. We have taken technical, physical, and procedural safeguards to deal with a variety of threats while consistently monitoring and reviewing our network and premises to protect our platform and clients from yet-to-be-discovered attack techniques. Our comprehensive information security program includes vulnerability management, incident response, compliance, security monitoring and security engineering supported by a dedicated team of information security professionals.

| **30+ types** of Industry Certifications | Awarded **Best Data Security** Provider | **HIPAA and GDPR** compliant | **Authorized U.S.** government service provider | **TIA Tier IV** Classification datacenter | **24x7x365** endpoint security monitoring |
|---|---|---|---|---|---|

Our comprehensive information security program includes vulnerability management, incident response, compliance, security monitoring and security engineering supported by a dedicated team of information security professionals. More recently, we achieved **ISO 27001 certification** in recognition of our superior information security program. ISO 27001 is the most widely recognized global standard for information security. To be awarded this certification, companies undergo a rigorous third-party assessment of their information security management systems and business processes.

Kroll also received its **SOC2 Type II System and Organization Controls Report** of its computing infrastructure and facilities service system. The SOC2 audit validates that a service organization's information security practices meet the AICPA's industry standards, and Kroll's audit tested the company's non-financial reporting controls related to security. The Kroll SOC2 report verifies the suitability of the design and operating effectiveness of the company's controls to meet the standards for the security criteria.

- Supported full-time by professional information security team with over 30 types of industry certifications
- Fully redundant environmental systems with business continuity plans and enterprise class redundant storage
- Full disk encryption with a 256-bit key
- Regularly conduct penetration testing and ensure multiple layers of defense on our endpoints, including anti-virus, application whitelisting as well as incident response and advance persistent threat tools
- Global formal and informal training for all employees in best practices and corporate policies



# Sample Experience

*For more experience and a wider view of the areas in which we practice, please visit www.krollbusinessservices.com*

- *Yahoo! Inc. Customer Data Security Breach Litigation Settlement,* No. 5:16md02752, United States District Court Northern District of California

- *Roadrunner Transportation Systems, Inc. Securities Litigation*, No. 17cv144, United States District Court for the Northern District of Illinois

- *Doe One et al. v. CVS Health Corporation et al.,* No. 2:18cv238, United States District Court of Southern Ohio

- *Hutton v. National Board of Examiners in Optometry, Inc.,* No. 1:16cv03025, United States District Court for the District of Maryland

- *Canada Dry Ginger Ale Settlements,* Circuit Court of the City of St. Louis, State of Missouri, No.1822-CC11811 and United States District Court, Northern District of California, No. 5:17cv00564

- *Kumar v. Salov North America Corp.,* No. 4:14cv02411, United States District Court for the Northern District of California - Oakland Division

- *Blue Buffalo Co. Ltd. Marketing and Sales Practices Litigation*, 4:14md2562, United States District Court for the Eastern District of Missouri - Eastern Division

- *Carter v. Forjas Taurus, S.A. et al.,* No. 1:13cv24583, United States District Court for the District of Southern Florida

- *Murray v. Bill Me Later*, No. 12cv04789, in the United States District Court for the Northern District of Illinois, Eastern Division

- *Zoey Bloom v. Jenny Craig Inc.*, No. 1:18cv21820, United States District Court Southern District of Florida

- *Cabiness v. Educational Financial Solutions, LLC d/b/a Campus Debt Solutions, et al.*, No. 3:16cv01109, United States District Court for the Northern District of California

- *In Re: Currency Conversion Fee Antitrust Litigation*, MDL No. 1409 M 21-95, United States District Court for the Southern District of New York

- *In Re: Packaged Seafood Products Antitrust Litigation*, MDL No. 2670, United States District Court for the Southern District of California

- *In Re: Dental Supplies Antitrust Litigation*, No. 1:16cv00696, United States District Court for the Eastern District of New York

- *Columbia Gas Explosion Litigation,* Civil Action No. 1877cv01343G

- *Cook et al. v. Rockwell International Corp. and The Dow Chemical Co.,* No. 90cv0018, United States District Court for the District of Colorado