UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>TELIGENT, INC. and JASON GRENFELL-GARDNER,<br><br>                      Defendants. | Case No. 1:19-cv-03354-VM |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on November 12, 2021, at 10:30 a.m., or at such other time as may be set, in Courtroom 15B of the U.S. District Court for the Southern District of New York, located at 500 Pearl St. New York, New York 10007-1312, Oklahoma Police Pension and Retirement System ("Oklahoma Police" or "Lead Plaintiff"), on behalf of the preliminarily-certified Class, will, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, respectfully move the Court for entry of the proposed Judgment and Order Granting Final Approval of Class Action Settlement, which grants final approval of the proposed class action settlement on the terms set forth in the Stipulation and Agreement of Settlement and Release dated July 14, 2021 ("Stipulation") (ECF No. 82-1), and for entry of an order which approves the proposed plan of allocation of the settlement proceeds.

Lead Plaintiff's motion is based on the Stipulation and related settlement exhibits; the accompanying Memorandum of Points and Authorities in support hereof; the Declaration of Max R. Schwartz and Justin R. Hughes; the Court's order granting preliminary approval of the settlement; all of the prior pleadings in this Action; and such additional evidence or argument as may be presented to or required by the Court.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before November 5, 2021.

Dated:  October 7, 2021                              Respectfully submitted,

                                                             **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

By: */s/ Max R. Schwartz*
Max R. Schwartz
Jeffrey P. Jacobson
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
mschwartz@scott-scott.com
jjacobson@scott-scott.com

*Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System*

- 1 -

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

                                                             */s/ Max R. Schwartz*
                                                              Max R. Schwartz