**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>TELIGENT, INC. and JASON GRENFELL-GARDNER,<br><br>      Defendants. | Case No. 1:19-cv-03354-VM |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT OF COSTS AND EXPENSES**

TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on November 12, 2021, at 10:30 a.m., or at such other time as may be set, in Courtroom 15B of the U.S. District Court for the Southern District of New York, located at 500 Pearl St. New York, New York 10007-1312, Oklahoma Police Pension and Retirement System ("Oklahoma Police" or "Lead Plaintiff") and its counsel, Scott+Scott Attorneys at Law LLP ("Scott+Scott" or "Lead Counsel") will respectfully move the Court for entry of an Order which: (1) awards attorneys' fees; (2) pays litigation expenses incurred in prosecuting the Action; and (3) approves Lead Plaintiff's request for payment of expenses related to its representation of the Class, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(4), *et seq*.

Lead Plaintiff's motion is based on the accompanying Memorandum of Points and Authorities in support hereof; the Declaration of Max R. Schwartz, the Declaration of Daryl F. Scott; the Declaration of Ginger Singler; and such additional evidence or argument as may be presented to or required by the Court.

Proposed orders will be submitted with Lead Plaintiff's reply submission on or before November 5, 2021.

Dated: October 7, 2021                Respectfully submitted,

                                                 **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
By: */s/ Max R. Schwartz*
Max R. Schwartz
Jeffrey P. Jacobson
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
Email: mschwartz@scott-scott.com
       jjacobson@scott-scott.com

*Counsel for Lead Plaintiff Oklahoma Police Pension and Retirement System*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

*/s/ Max R. Schwartz*
Max R. Schwartz