UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TELIGENT, INC. and JASON GRENFELL-GARDNER,<br><br>    Defendants. | Case No. 1:19-cv-03354-VM |

**DECLARATION OF GINGER SIGLER ON BEHALF OF OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM IN SUPPORT OF MOTIONS FOR: (1) FINAL SETTLEMENT APPROVAL; (2) ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES; AND (3) LEAD PLAINTIFF REIMBURSEMENT**

I, GINGER SIGLER, hereby declare as follows:

1. I am the Executive Director of Plaintiff Oklahoma Police Pension and Retirement System ("Lead Plaintiff" or "Oklahoma Police") in the above-captioned securities class action (the "Action"). I am authorized to submit this declaration on its behalf.

2. I respectfully submit this declaration in support of the proposed settlement, the requested award of attorneys' fees and expenses, and Oklahoma Police's request for reimbursement of $6857 in connection with the time and effort Oklahoma Police expended in representing the Class.

3. I have personal knowledge of the matters referred to in Lead Plaintiff's applications and of the other matters set forth in this declaration, as I, or others working under my direction, have been directly involved in participating, monitoring, and overseeing the prosecution of this Action, and, if called as a witness, could competently testify thereto.

**Work Performed by Lead Plaintiff on Behalf of the Class**

4. Oklahoma Police is a government-affiliated pension plan that provides a range of comprehensive benefits to approximately 10,000 working and retired police officers and beneficiaries in the State of Oklahoma.

5. As set forth in its Certification previously filed in this Action, Oklahoma Police purchased Teligent common stock during the Class Period and suffered damages as a result.

6. Oklahoma Police sought to serve as Lead Plaintiff in this Action in order to represent and protect the interests of all investors who, like Oklahoma Police, purchased Teligent common stock during the Class Period and suffered damages as a result.

7. For over two years, from the start of the Action, I have actively participated in its prosecution, and, along with others on my staff, worked regularly and diligently to fulfill Oklahoma Police's responsibilities to the Class. This included engaging in numerous telephonic conferences and other correspondence with Lead Counsel concerning the status of the Action, case strategy, mediation, and other aspects of the case. I also actively monitored the Action, provided

direction to Lead Counsel, and reviewed pleadings, briefs, orders, and other documents filed or served in the Action.

8.  In addition, I was actively engaged, along with my staff, in discovery. Defendants issued sets of document requests and interrogatories. Plaintiff responded thereto, including searching for and producing documents. In addition, I was deposed on behalf of Oklahoma Police, and prepared extensively for that deposition.

9.  All of these efforts were necessary for the successful prosecution and resolution of the Action.

### Oklahoma Police Supports Approval of the Settlement

10. Based on my and Oklahoma Police's involvement in the Action, and when considering the merits of the Action and the risks and benefits of continued litigation as compared to settlement, Oklahoma Police believes the $6,000,000 settlement is an excellent resolution for the Settlement Class. It is not only a substantial recovery, but also a larger recovery in terms of potential damages than similar cases typically achieve. Further, it follows considerable motion practice, discovery, and mediation efforts, which would not have been possible without the diligent efforts of Lead Counsel. Thus, Oklahoma Police believes the Settlement is a fair, reasonable, and adequate recovery on behalf of the Class and that its approval is in the best interest of each Class Member.

### Oklahoma Police Supports Lead Counsel's Fee and Expense Application

11. Oklahoma Police has approved and supports Lead Counsel's request for an award of attorneys' fees of 33 and 1/3% of the Settlement Fund and payment of Lead Counsel's requested litigation expenses, with interest at the same rate as the settlement fund on both amounts.

12. Given the high-quality representation and diligence in prosecuting this Action, as well as the resulting excellent recovery of $6,000,000 for the Settlement Class in the face of the risk of no recovery at all, Oklahoma Police believes Lead Counsel's requested award of attorneys' fees is both fair and reasonable. Oklahoma Police further believes that the litigation expenses

requested are reasonable and were necessary for the successful prosecution and resolution of this Action.

### Oklahoma Police Respectfully Requests Reimbursement

13. Oklahoma Police has not received, nor has been promised or offered, any financial incentive or compensation for serving as Lead Plaintiff in the Action. Oklahoma Police understands, however, that courts may authorize reimbursement to a representative serving on behalf of the Class directly relating to their representation.

14. More specifically, Oklahoma Police seeks reimbursement for the time that its employees devoted to prosecuting the Action, as opposed to on their regular duties. As noted above, I performed the bulk of that work, and was involved in all aspects of the Action. A conservative estimate of the time I spent on the Action is 45 hours, and my total compensation per hour is approximately $66. Additionally, a conservative estimate of the time Marc Edwards – who serves as Oklahoma Police's outside general counsel and who is a partner at Phillips Murrah P.C. – spent on the Action is 13 hours, and his total compensation per hour is approximately $299. Mr. Edwards assisted Oklahoma Police throughout the Action and helped me prepare for my deposition.

15. While other individuals at Oklahoma Police did work on this case, including with respect to discovery, a conservative estimate of the total cost that Oklahoma Police incurred from the time that Mr. Edwards and I devoted to the Action is $6,857.00, as calculated above. Oklahoma Police therefore respectfully requests reimbursement of that amount.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed in Oklahoma City, Oklahoma on this 7th day of October 2021.

_____
GINGER SIGLER

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide notice to all counsel of record.

                                                                */s/ Max R. Schwartz*
                                                                 Max R. Schwartz