# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> TELIGENT, INC. and JASON GRENFELL-GARDNER, <br><br> Defendants. | Case No. 1:19-cv-03354-VM |

**SUPPLEMENTAL DECLARATION OF JUSTIN R. HUGHES REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, JUSTIN R. HUGHES, hereby declare as follows:

1.      I am employed as a Senior Director by Kroll Settlement Administration ("Kroll"), located at 2000 Market St., Suite 2700, Philadelphia, PA 19103.  The following statements are based on my personal knowledge and information provided to me by other Kroll employees and, if called to testify, I could and would do so competently.

2.      Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice dated July 20, 2021 (ECF No. 83) (the "Preliminary Approval Order"), Kroll was authorized to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

## MAILING OF THE NOTICE AND PROOF OF CLAIM

3.      As described in my earlier declaration, the Declaration of Justin R. Hughes Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date ("Initial Hughes Declaration"), previously filed with the Court (ECF No. 92), in accordance with the Preliminary Approval Order, Kroll commenced the mailing and emailing of the Claim Packages[2] to potential Class Members on August 9, 2021.

4.      As of November 5, 2021, a total of 10,688 Claim Packages have been disseminated to potential Class Members and Nominees by mail or email.  As of November 5, 2021, 264 Claim Packages have been returned by the United States Postal Service to Kroll as undeliverable as addressed ("UAA").  Of those returned UAA, Kroll performed an advanced address search and identified 21 updated addresses, which Kroll promptly re-mailed.

---

[1]      Unless otherwise defined herein, all capitalized terms shall have the same meanings as set forth in the Stipulation and Agreement of Settlement and Release (the "Stipulation"), dated July 14, 2021 (ECF No. 82-1).

[2]      Comprised of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim").

**CALL CENTER SERVICES**

5.      Kroll continues to maintain the toll-free phone number for the Settlement, 1-833-460-1725, which became operational on August 9, 2021.  Kroll has promptly responded to each telephone inquiry and will continue to address potential Class Members' inquiries.

**SETTLEMENT WEBSITE**

6.      Kroll continues to maintain the Settlement Website (www.TeligentSecuritiesSettlement.com) which became operational on August 9, 2021, and is accessible 24 hours a day, 7 days a week.  Copies of the Notice, Proof of Claim, Stipulation, Preliminary Approval Order, and other documents related to the Action are posted on the Settlement Website and are available for downloading.  Kroll will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

**THE DEADLINE TO SUBMIT CLAIMS IS DECEMBER 7, 2021**

7.      As the Notice instructs, Class members must submit a Proof of Claim with supporting documentation to Kroll, postmarked or filed electronically no later than December 7, 2021, which is approximately one month from now.  ECF No. 92, Ex. A at 11-12.  To date, Kroll has received 75 claims.  This includes 6 bulk claims, which are on behalf of a multitude of underlying Class members, and also claims of institutions, which often submit such group claims as well.  Kroll is reviewing and processing each of these claims and will continue to do so as it receives additional claims.  In our experience, most claims are not filed until close to the claim filing deadline, and many claims continue to be filed and accepted even thereafter.

**THE DEADLINE FOR EXCLUSIONS AND OBJECTIONS HAS PASSED, AND THERE WERE NO SUCH SUBMISSIONS**

8.      Kroll has not received, and is not aware of, any requests for exclusion, and the deadline for submitting such requests has passed.  The Notice, Summary Notice, and Settlement

Website informed Class Members that requests for exclusion from the Class had to have been received by October 22, 2021.  The Notice directed Class Members who wished to request exclusion to mail their request to Teligent Securities Settlement, Claims Administrator, Kroll Settlement Administration, Attn: EXCLUSIONS, P.O. Box 5324, New York, New York 10150-5324.  The Notice also sets forth the information that needed to be included in each request for exclusion.  Kroll monitors all mail delivered to this post office box.

9.      Further, Kroll has not received, and is not aware of, any objections to any part of the Settlement, the Plan of Allocation, or the fee and reimbursement requests, and the deadline for submitting such requests has passed as well.  The Notice, Summary Notice, and Settlement Website also informed Class Members that to object to the Settlement, the proposed Plan of Allocation, Lead Counsel's request for an award of attorneys' fees and reimbursement of litigation expenses, or Lead Plaintiff's request for reimbursement of its time and expenses, the objection needed to be in writing and filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel by October 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 5, 2021.

_____
JUSTIN R. HUGHES