# EXHIBIT C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELIGENT, INC. and JASON GRENFELL-GARDNER,<br><br>Defendants. | Case No. 1:19-cv-03354-VM |

## [PROPOSED] JUDGMENT AND ORDER APPROVING PLAN OF ALLOCATION

THIS ACTION having come before the Court for hearing on the motion of Lead Plaintiff Oklahoma Police Pension and Retirement System, on behalf of itself and the Class, for final approval of the proposed class action Settlement and approval of the proposed Plan of Allocation for proceeds of the Settlement; the Court, having considered all papers filed and proceedings held herein and otherwise being fully informed;[1]

**IT IS HEREBY ORDERED THAT:**

1.      Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and their right to object thereto (ECF No. 82-1, Ex. A-1), and a full and fair opportunity

---

[1]     This Order operates by reference to the definitions in the Stipulation and Agreement of Settlement and Release (the "Stipulation"), dated July 14, 2021 (ECF No. 82-1), and all capitalized terms used, but not defined, herein shall have the same meanings as those set forth in the Stipulation.

was accorded to Persons who are Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

2.　　The Court hereby finds and concludes that the Plan of Allocation, set forth in the Notice of Pendency and Proposed Settlement of Class Action, provides a fair, reasonable, and equitable basis upon which to allocate the proceeds of the Net Settlement Fund among eligible Class Members.

3.　　The Court finds that the Plan of Allocation is, in all respects, fair and reasonable to the Class, and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED:　_____　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE VICTOR MARRERO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE