USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
OKLAHOMA POLICE PENSION FUND &          :
RETIREMENT SYSTEM, ET AL.               :
                  Plaintiffs,           :    19 Civ. 3354 (VM)
                                        :
     - against -                        :    ORDER
                                        :
TELIGENT, INC., ET AL.,                 :
                                        :
                  Defendants.           :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In light of the ongoing public health crisis, the conference before the Honorable Victor Marrero on Friday, November 12, 2021 at 10:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         November 8, 2021

_____
Victor Marrero
U.S.D.J.