USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA POLICE PENSION FUND AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TELIGENT, INC. and JASON GRENFELL-GARDNER,<br><br>Defendants. | Case No. 1:19-cv-03354-VM |

## AMENDED ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND

Lead Plaintiff Oklahoma Police Pension and Retirement System ("Lead Plaintiff") previously moved for entry of an order authorizing distribution of the Net Settlement Fund in the above-captioned class action (the "Action"). ECF No. 103. On October 18, 2022, this Court issued an Order Authorizing Distribution of Net Settlement Fund. ECF No. 104. Now, having reviewed the Declaration of Justin R. Hughes in Support of Lead Plaintiff's Request for Modification of the Order Authorizing Distribution of Net Settlement Fund and the exhibits thereto,

THE COURT ORDERS AS FOLLOWS:

1. This Order modifies the Court's Order Authorizing Distribution of Net Settlement Fund (ECF No. 104) by substituting Exhibits B-1 and B-3 to the Declaration of Justin R. Hughes in Support of Lead Plaintiff's Request for Modification of the Order Authorizing Distribution of Net Settlement Fund, filed on October 28, 2022, for the Exhibits B-1 and B-3 originally incorporated in that Order.

IT IS SO ORDERED.

Dated: 10/31/2022

_____
Victor Marrero
U.S.D.J.